**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KEYSE G. JAMA,

Civil No. 01-1172 (JRT/AJB)

Petitioner,

v.

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

IMMIGRATION AND NATURALIZATION SERVICES,

Respondent.

Petitioner, who apparently is being detained by the U.S. Immigration and Naturalization Service at the Sherburne County Jail in Elk River, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true reason(s) for Petitioner's confinement and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and

3. Certified copies of all court documents, administrative records, or other written materials that are germane to the issues raised in the petition.

FILED JUL 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Also before the Court at this time is Petitioner's Application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) That Application will be GRANTED.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondent shall file a written return to Petitioner's habeas corpus petition consistent with the requirements of this order within 20 days from the date of this order.

**IT IS FURTHER ORDERED THAT** Petitioner's Application for leave to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: July 9th, 2001

Arthur J. Boylan
United States Magistrate Judge