**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Keyse G. Jama, Civil No. 01-1172 JRT/AJB

Petitioner,

v.

**ORDER ALLOWING PETITIONER TIME TO REPLY TO RETURN**

Immigration and Naturalization Service,

Respondent.

Petitioner has filed a petition under 28 U.S.C. § 2241 for writ of habeas corpus, asserting opposition to INS efforts to deport him to Somalia. Respondents were directed to make a return in writing to the petition, and the required return was timely filed with the Court. A notice of appearance has been filed by Jeffrey J. Keyes, Esq., on behalf of petitioner Keyse G. Jama. Petitioner's motion for appointment of counsel is therefore **moot** [Docket No. ___]. Respondent INS is represented by Lonnie F. Bryan, Esq., Assistant United States Attorney.

Therefore, it is now **HEREBY ORDERED** that petitioner shall have until **August 31, 2001**, in which to submit written response to the memorandum of the INS and in support of his petition for relief. The reply shall be filed with the Court and shall include any additional affidavits and exhibits which may be needed to support petitioner's position in this case, along with a reasoned memorandum of law and fact fully stating petitioner's legal position and recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority. Respondent



FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

shall thereafter have 14 days in which to respond to the petitioner's memorandum.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and documents to be submitted by respondent, the parties shall await the further order of this Court, except that upon mutual agreement of counsel, hearing for presentation of oral argument may be scheduled. Any such hearing shall be scheduled to take place on or before September 28, 2001, before the Magistrate Judge.

Dated: 8/2/01

Arthur J. Boylan
United States Magistrate Judge