**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **KEYSE G. JAMA,**<br><br>Petitioner,<br><br>vs.<br><br>**IMMIGRATION AND NATURALIZATION SERVICE**<br><br>Respondent. | ) | Civil No. 01-1172 JRT/AJB<br>INS No. A71 689 585<br><br>**STIPULATION FOR EXTENSION OF TIME**<br>AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel for the parties, that:

1. The time for Petitioner to respond to the Memorandum of the Immigration and Naturalization Service (INS) may be extended from August 31, 2001 to September 7, 2001;

2. Respondent may have fourteen (14) days after the date of September 7, 2001, to respond to the Petitioner's Memorandum.

Dated this 28 day of August, 2001.

ROBERT M. SMALL
United States Attorney

BY: LONNIE F. BRYAN
Assistant U.S. Attorney
Attorney ID Number 206635
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

***Counsel for Respondent***

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1322574v1

BRIGGS AND MORGAN, P.A.

Jeffrey J. Keyes (Reg. No. 55505)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8445

***Counsel for Petitioner***

Dated this 27 day of August, 2001

**IT IS SO ORDERED**:

Judge of United States District Court