UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

KEYSE G. JAMA,

Petitioner,

v.

Immigration and Naturalization Service,

Respondent.

INS No. A71 689 585

**ORDER**

Based upon the joint motion and stipulation of the parties, and for good cause show, it is hereby

**ORDERED** that Respondent shall file a Reply on or before September 28, 2001.

Dated this 21st day of September, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK