UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

| | | |
|---|---|---|
| Keyse G. Jama,<br><br>Plaintiff,<br><br>v.<br><br>Immigration and Naturalization Service,<br><br>Defendant. | ) | ORDER |

Upon application of Defendant no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendant shall be, and hereby is, granted an extension of time to object to the Report and Recommendation, filed February 1, 2002, until February 22, 2002.

Dated:
Feb. 14, 2002

The Hon. Judge John R. Tunheim
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK