# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

Case Number: 01-1172 JRT/AJB Case Title: Jama v. INS

## MOTION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Greg D. Mack am currently a member in good standing of the bar of the United States District Court for the District of Maryland but not admitted to the bar of this court. I will be representing the Immigration & Naturalization Service (Government Agency) in the action listed above.

Signature ______________ Date 2/22/02

State I.D.: N/A

Government Agency: U.S. Department of Justice
Suite/Building : 7006
Street Address : 1331 [illegible] N.W.
City State Zip : Washington, D.C. [illegible]
Telephone: (202) 616-4858

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature ______________ Date 2/22/02
Name Greg D. Mack
Title Trial Attorney
US Agency Department of Justice

---

Motion granted ______________ Date FEB 2 2 2002
For the Court Richard D Sletten, Clerk

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED FEB 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________