# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**Case Number:** 01-1172 JRT/AJB **Case Title:** Jama v. INS

**MOTION FOR ADMISSION PRO HAC VICE**

**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Christine A. Bither am currently a member in good standing of the bar of the United States District Court for the ________ District of Maine but not admitted to the bar of this court. I will be representing [redacted]on Service (Government Agency) in the action listed above.

Signature: *[signature]* Date: 2/22/02

State I.D.: 7209

Government Agency: [redacted]
Suite/Building: [redacted]
Street Address: [redacted] N.W.
City State Zip: [redacted]
Telephone: ([redacted]) [redacted]

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature: *[signature]* Date: 2/22/02
Name: [redacted]
Title: [redacted]
US Agency: [redacted]

Motion granted
For the Court

*[signature]*
Richard D Sletten, Clerk

Date: FEB 22 2002

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________