**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1171 (JRT/AJB)**

---

JAMA, Keyse E. (A71 689 585)

Petitioner,

vs.

John Ashcroft, Attorney General of the United States of America; Curtis Aljets, District Director of the Immigration and Naturalization Service; Mary Ann Wyrsch, Acting Commissioner of the Immigration and Naturalization Service,

Respondents.

**STIPULATION AND ORDER**

**Civil No. 01-1172 (JRT/AJB)**

---

WHEREAS, Petitioner's response to the government's objections to the Report and Recommendation of Magistrate Boylan is currently due on March 4, 2002 which is ten (10) days after the service of the government's objections; and

WHEREAS, the parties previously agreed to provide the government with additional time beyond the ten (10) days after service of the Report and Recommendation to prepare the government's objections and brief.

IT IS STIPULATED AND AGREED that the period of time for Petitioner to file and serve its response to the government's objections to the Report and Recommendation may be extended until March 8, 2002.

MAR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1382098v1

DATED: February 28, 2002.

BRIGGS AND MORGAN, P.A.

By: ______________________
Jeffrey J. Keyes (#55508)
Kevin M. Magnuson (#306599)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**AND**

Michelle Garnett McKenzie
Minnesota Advocates for Human Rights
310 Fourth Avenue South, Suite 1000
Minneapolis, MN 55415
(612) 341-3302

**ATTORNEYS FOR PETITIONER**

THOMAS B. HEFFELFINGER
United States Attorney

ROBERT D. MC CALLUM, JR.
Assistant Attorney General

By ______________________
Greg D. Mack, Attorney
Office of Immigration Litigation,
U.S. Department of Justice
Civil Division
1331 Pennsylvania Avenue, NW
Room 700S
Washington, D.C. 20530
Telephone: (202) 616-4858

**ATTORNEYS FOR RESPONDENT**

SO ORDERED:

______________________
United States District Judge John Tunheim

Dated: March 1, 2002

1382098v1