UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEYSE G. JAMA,

Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

Civil No. 01-1172 JRT/AJB

NOTICE OF HEARING

---

You are hereby given notice that Petitioner's Motion to Amend Petition for Writ of Habeas Corpus will be heard on May 21, 2002, at 10:30 a.m., in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 4/29/02

Arthur J. Boylan
United States Magistrate Judge

Filed APR 30 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________