UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Keyse G. Jama,

Petitioner,

v.

Immigration and Naturalization Service,

Respondent.

Civil No. 01-1172 JRT/AJB

**ORDER ON DEADLINE FOR RETURN TO AMENDED COMPLAINT**

Upon consideration of respondent's request for an extension of time to respond to petitioner's amended complaint for writ of habeas corpus and to hold in abeyance the current deadline for filing a response to the amended petition, it is **HEREBY ORDERED** that the request is **granted** as provided herein. The provision in the Court's Order dated May 22, 2002, requiring respondent to file a written response to the amended complaint within 30 days is hereby **vacated**. In the event that the Magistrate Judge's Order granting petitioner's motion for leave to amend is affirmed on appeal to the District Court, respondent thereafter shall promptly contact the Magistrate Judge's calendar clerk to schedule a telephone conference for purposes of establishing a briefing schedule in light of the pending appeal to the Eighth Circuit in this matter.

Dated: June 20, 2002

Arthur J. Boylan
United States Magistrate Judge

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK