UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

| | |
|---|---|
| KEYSE JAMA,<br>Petitioner,<br>v.<br>IMMIGRATION AND NATURALIZATION SERVICE,<br>Respondent. | **[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME** |

For good cause shown, the Court hereby **GRANTS** Respondent's request for an extension of time, until September 6, 2002, to file a response to Petitioner's Amended Petition For Writ Of Habeas Corpus.

So ORDERED this 3rd day of September, 2002.

United States Magistrate Judge

SEP 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK