**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse E. (A71 689 585)

Petitioner,

vs.

John Ashcroft, Attorney General of the United States of America; Curtis Aljets, District Director of the Immigration and Naturalization Service; Mary Ann Wyrsch, Acting Commissioner of the Immigration and Naturalization Service,

Respondents.

**STIPULATION FOR EXTENSION OF TIME** AND ORDER

**Civil No. 01-1172 (JRT/AJB)**

---

The parties, by counsel, hereby stipulate and agree that the Petitioner shall have an extension of time to and including October 11, 2002, within which to file his Response to Respondent's Response and Return to the Consolidated Petition for Writ of Habeas Corpus for Individuals in Federal Custody.

DATED: Sept. 20, 2002

Greg D. Mack
Office of Immigration Litigation,
U.S. Department of Justice
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4858

**Attorneys for Respondents**

DATED: September 19, 2002

Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
BRIGGS AND MORGAN, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PETITIONER**

SEP 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

DATED: September 24, 2002

Arthur J. Boylan
United States Magistrate Judge