**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil File No. 01-1172 (JRT/AJB)**

KEYSE G. JAMA,

Petitioner,

v.

JOHN ASHCROFT, Attorney General of the United States of America, CURTIS ALJETS, District Director of the Immigration and Naturalization Service, MARY ANN WYRSCH, Acting Commissioner of the Immigration and Naturalization Service,

Respondents.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO OBJECT TO THE REPORT AND RECOMMENDATION**

Petitioner Keyse Jama requests that the Court grant Petitioner an extension of time to file Objections to the Report and Recommendation of the Magistrate Judge. The Report orders Petitioner to file objections no later than June 19, 2003. The government has been consulted and does not oppose this request for a brief extension. Problems with the computer network have made complying with that order difficult. In addition, objections to the Report and Recommendation of the same Magistrate Judge in *Abukar v. I.N.S.*, Civil File No. 01-242, which involves the identical question of law, is due on June 24, 2003.

**THEREFORE,** Petitioner respectfully requests that the Court grant Petitioner until June 24, 2003 to file his objections.

Kevin M. Magnuson (#0306599)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8438

BRIGGS AND MORGAN, PA

FILED JUN 19 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SO ORDERED**

6-19-03

John R. Tunheim
U.S. District Judge, District of Minnesota