AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Keyse G. Jama

V.

John Ashcroft, Michael Garcia,
Scott Baniecke

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1172 JRT/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's application for a writ of habeas corpus is granted. Respondent is ordered to release petitioner under reasonable supervised conditions within three days of the date of this order.

October 24, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk