**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1172 JRT/AJB**

---

KEYSE E. JAMA,

Petitioner,

vs.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

**ORDER**

INS No. A71 689 585

---

**WHEREAS**, Petitioner has filed a motion to recall the mandate of the Eighth Circuit Court of Appeals and stay removal pending a decision of the U.S. Supreme Court with respect to Petitioner's writ of certiorari;

**WHEREAS**, because the Court of Appeals may not be able to issue a stay before Petitioner is removed, Petitioner has requested that this Court grant an emergency stay of removal until the Court of Appeals has reviewed the motion;

**THEREFORE**, Petitioner's request for a stay of removal until the Court of Appeals has reviewed Petitioner's motion to recall the mandate is **GRANTED**.

October 26, 2003

John R. Tunheim

The Hon. John R. Tunheim
Judge of United States District Court

OCT 2 6 2003
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1582987v1