UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KEYSE JAMA,<br><br>Petitioner-Appellee,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General of the United States, et al.,<br><br>Respondent-Appellant. | Civil No. 01-1172 (JRT/AJB) |

**NOTICE OF APPEAL**

Notice is hereby given that John Ashcroft, Attorney General of the United States; Michael Garcia, Assistant Secretary, Bureau of Immigration and Customs Enforcement, Department of Homeland Security ("DHS"); and Scott Baniecke, Acting Field Director, Bureau of Immigration and Customs Enforcement, DHS, Respondents-Appellants in the above-captioned case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's judgment filed on January 12, 2004, and all orders submitted therein, granting the Petitioner-Appellee's amended petition for a writ of habeas corpus and ordering Petitioner-Appellee released from custody. The January 12, 2004 order calls for his release by 10:00 a.m. on January 19, 2004.

The jurisdiction of the Court of Appeals for the Eighth Circuit is invoked pursuant to 28 U.S.C. § 1291. Because

84

FILED 1-15-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM

Respondent is a government agency, no docket fee is required.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

for GREG D. MACK
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044-0878
Telephone: (202) 616-4858

Attorneys for Respondents-
Appellants

Dated: January __, 2004