01-1172 JRT/AJB

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 04-1127

| | | |
|---|---|---|
| Keyse G. Jama, | * | |
| | * | |
| Appellee, | * | Appeal from the United |
| | * | States District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| John Ashcroft, Attorney General | * | [PUBLISHED] |
| of the United States, | * | |
| | * | |
| Appellant. | * | |

## JUDGMENT

The district court's judgment ordering the release of petitioner under 28 U.S.C. § 2241 is reversed because the district court erred in concluding that "there is no significant likelihood of removal in the reasonably foreseeable future." *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). The United States Supreme Court has granted certiorari in Mr. Jama's immigration case, and we believe that the Court will decide the case in a reasonable time and that it would be wrong to conclude that there is no significant likelihood that the government will prevail.

BYE, Circuit Judge, dissenting.

Pursuant to the Supreme Court's directive in Zadvydas v. Davis, 533 U.S. 678, 701 (2001), I would affirm the district court's judgment ordering Keyse Jama's release. I therefore respectfully dissent from the panel's order reversing the district court's judgment.

SCANNED
U.S. DISTRICT COURT MPLS

My disagreement with the panel's order is two-fold. First, I have a different view of the impact the Supreme Court's grant of certiorari has on our determination whether Mr. Jama's removal is likely in the "reasonably foreseeable future." Id. It is my understanding the Supreme Court will not hear arguments in Mr. Jama's case until the Court's next term. Thus, a decision on the merits will likely not be issued for at least a year. Mr. Jama has already been in post-removal-order administrative custody since May 2001. Thus, even assuming the Supreme Court ultimately decides against Mr. Jama on the merits and permits his removal, an added delay of more than a year places his removal beyond the reasonably foreseeable future. See id. ("[F]or detention to remain reasonable, as the period of prior postremoval confinement grows, what counts as the 'reasonably foreseeable future' conversely would have to shrink.").

Second, I stand by my analysis of the merits of Mr. Jama's arguments. See Jama v. INS, 329 F.3d 630, 635-37 (8th Cir. 2003) (Bye, J., dissenting) (mandate recalled and stay granted Nov. 10, 2003), cert. granted, 72 U.S.L.W. 3535 (Feb. 23, 2004) (No. 03-674); see also Ali v. Ashcroft, 346 F.3d 873, 886 (9th Cir. 2003) (holding 8 U.S.C. § 1231(b)(2) "does not authorize the Attorney General to remove Petitioners to Somalia because it lacks a functioning government that can accept them."). Therefore, I believe there is a significant likelihood the government will not prevail, making Mr. Jama's pending removal even less reasonably foreseeable.

I respectfully dissent.

March 25, 2004

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

01-1172 JRT AJB

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY U.S. MAIL
2004 MAY 32 AM 9:25
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 27, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-1127 Keyse G. Jama vs. John Ashcroft

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

done/ld

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

lrd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable John R. Tunheim
Keyse G. Jama
Jeffrey John Keyes
Kevin M. Magnuson
Lonnie F. Bryan
Greg D. Mack
Christine A. Bither
David J. Kline

Gloria J. Minor

District Court/Agency Case Number(s): CIV 01-1172 JRT/AJB