**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

# MEMORANDUM

RECEIVED
BY MAIL
AUG 05 2004
CLERK, US DIST. COURT
ST. PAUL, MN

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: August 3, 2004

RE: 02-2324 Keyse G. Jama vs. INS

Supreme Court No. 03-674
District Court/Agency Case Number(s): CIV 01-1172 JRT/AJB

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed granting certiorari in the above case.

Enclosure

(5503-010199)
mer

SCANNED
AUG 06 2004
U.S. DISTRICT COURT ST. PAUL

1794848

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 23, 2004

FILED
AUG 03 2004
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Keyse G. Jama
v. Immigration and Naturalization Service
No. 03-674
(Your No. 02-2324)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

William K. Suter, Clerk