1647357

# UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

FILED
MAY 2003
MICHAEL GANS
CLERK OF COURT

No. 02-2324

Keyse G. Jama, *
*
Appellee, *
*
v. * Appeal from the United States District Court for the District of Minnesota.
*
Immigration and Naturalization Service, *
*
Appellant. *

CV01-1172JRT/AJB

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

May 27, 2003

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

SCANNED
MAR 04 2005
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans