**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondents.

**EMERGENCY MOTION TO COMPEL REMOVAL OR RELEASE**

**Civil No. 01-1172 (JRT/AJB)**

---

Petitioner Jama respectfully moves for an order releasing him under reasonable conditions of supervision as soon as possible pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). The factual and legal grounds for this Emergency Motion are set forth in the accompanying Memorandum of Law, Affidavit and the Exhibits attached thereto, all of which Petitioner incorporates herein by reference as if set forth in full.

DATED: March 4, 2005.

BRIGGS AND MORGAN, P.A.

By: s/ Kevin M. Magnuson

Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**AND**

Michelle Garnett McKenzie
Minnesota Advocates for Human Rights
650 Third Avenue South #550
Minneapolis, MN 55402

**ATTORNEYS FOR PETITIONER**