**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondents.

**NOTICE OF EMERGENCY MOTION TO COMPEL REMOVAL OR RELEASE**

**Civil No. 01-1172 (JRT/AJB)**

---

**TO: DEFENDANT AND ITS ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** That on March 9, 2005 at 3:00 p. m. before United States District Court Judge John R. Tunheim at the United States Courthouse, 300 S. 4th Street, Minneapolis, Minnesota, Petitioner Keyse G. Jama will move for release from detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001).

DATED: March 4, 2005.

BRIGGS AND MORGAN, P.A.

By: s/ Kevin M. Magnuson

Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**AND**

Michelle Garnett McKenzie
Minnesota Advocates for Human Rights
650 Third Avenue South #550
Minneapolis, MN 55402
(612) 341-3302
**ATTORNEYS FOR PETITIONER**