**Magnuson, Kevin**

**From:** Greg.Mack@usdoj.gov
**Sent:** Wednesday, February 02, 2005 5:16 PM
**To:** Magnuson, Kevin
**Subject:** Passport Contacts

Here are the contacts I was given:
Somali Democratic Republic
Address: 27 Somali Street (Iran), Dokki, Cairo
Telephone: 202-337-4038
202-337-4577

Office hours: 0800-1500
Non working day: Friday

H.E. MR. Abdullahi Hassan Mahmoud
Ambassador Extraordinary & Plenipontentiary & Permanent Representative to the Arab League Telephone 336-5386

Mrs. Halima Ahmed Nur
First Secretary
telephone: 344-4648 (home)

Mr Ismail Abdi Hussein
Counsellor
Telephone: 349-0930

This email has been scanned for all viruses by the MessageLabs SkyScan service. (http://www.messagelabs.com)

**EXHIBIT C**

# 'There are no laws. We are in a country where no one can control anyone else'

(Filed: 13/02/2005)

**Benjamin Joffe-Walt took about 10 minutes to become a `citizen' of lawless Somalia. He reports from Bosaso.**

advertisement

What's the most important thing you need when flying to the city that never sleeps?

A Sign painted on a weatherbeaten building near the port of Bosaso declares it to be Baaba and Maama Children's Toyshop. Inside are toy guns, grenades and plastic machetes - and, at the back, a man selling Somali passports.

Not just passports, but the whole panoply of official documents can be obtained here: birth certificates, work permits and visas for neighbouring Kenya, Djibouti and the United Arab Emirates. Somalia is a country without an operational government, and one of the state's functions - the issuing of "official" documents - has been usurped by a flourishing private sector. Even senior dignitaries and local worthies use the vendors, who will sell to anyone.

"You are Somali?" asks the passport-maker, a tall, scrawny figure, with amused scepticism. Not yet, he is told, but with his help, soon. "OK," he answers with a long chuckle, and produces an array of stamps. About 10 minutes, $35 (£19) and a lot of stamping later, an apparently flawless rendition of a passport is produced for Somalia's newest "citizen".

The ease with which Somali documents can be obtained by people with no right to them is a real problem for the rest of the world. Last year a group of Kenyan migrants bought Somali passports and went to Denmark to claim asylum. They were detected and sent back, but the incident drew renewed attention to the danger of a country with nobody in charge.

Somalia's last effective central government fell 14 years ago, since when the land has been fought over by warlords. The country is leaderless, a machine-gun the only respected authority, and the capital, Mogadishu, is in complete disorder.

The international airport is a fiasco with five makeshift airstrips, one for each of the warring clans that control the capital. The control tower is the second storey of a tiny

**Related Links**

- I'm going home, says exiled leader

**External Links**

- African Union
- Somalia - CIA world factbook
- Shortlists Revealed For Reporter Categories - British Press Awards

**Ads by Google**

**Positive Action**
Science-based program that treats and prevents violence and bullying.
www.positiveaction.net

**Violence Prevention Sale**
New & used Violence Prevention Check out the deals now!
www.eBay.com

**Free eBay Success Kit**
How I Earn $333,000 a Year on eBay. Get Your Free Kit - Today Only!
333kaYear.Info

Great wine. Great value.
Telegraph Wine Service

Get a great deal with our Base Rate Tracker Term account issue 2

(makes up for getting the Sunday papers on a Tuesday)

international abbey

EXHIBIT D

office building, empty apart from spare aircraft tyres and dozens of barrels of fuel. One match would be enough to blow the place up.

Last year the main warlords and politicians agreed to set up a new parliament. That in turn elected a president, Abdullahi Yusuf, but instability and fighting have made it too dangerous for him to come home. Now he promises to return from exile later this month, and has requested up to 20,000 African Union troops to help him.

While most Somalis, especially outside the capital, say that they want a central government again, few expect it to work. "Mogadishu people think that they don't need a government," said one fruit-seller in Bosasu, 600 miles to the north. "The President can never return, never."

Weapons are freely available. Each town has its own gun market where anyone with $200 (£110) can buy an AK47. "There are no laws," says Abdi Nasser, a driver. "We are in a country where no one can control anyone else. People here fight every hour, it's a regular thing."

President Yusuf says that, with help from the African Union, he will develop police and military forces. Few believe, however, that any force will be able to control the estimated 50,000 militiamen around the country, led by warlords with no interest in disarmament.

The memory of the American troops killed in 1993, as depicted in the film, Black Hawk Down, is strong.

"If the government return they'll completely lose control," said Asha Gelle, a regional parliamentarian. "The leaders are already organising their militias against foreign soldiers. They say they'll receive African Union troops in the same way as they received the Americans."

Because of the fighting, most of the country is insecure. There are no good hospitals, no social services, no system of property. The currency is so devalued that it is a struggle to hold the 1,000-shilling notes equivalent to £10 - 25,000 shillings.

"No one owns anything," says Abda Azziz, a port worker. "Your land is your land until someone takes it from you, your car your car until it is stolen - that is the law in this country."

In almost the only attempt at law enforcement, Mohammed Said Farrah and his colleagues carry stubby steel batons and red "stop" signs as they try to control the traffic.

Does he use his baton to hit the cars? "No," he replies. "It's to protect me from the drivers. They could kill me, and we have no government - so who would stop them?"

- Joffe-Walt has been short-listed for Young Journalist of the Year in the British Press Awards. He was recently named Foreign Press Association Young Journalist of the Year

► 10 February 2005: BBC producer shot dead in Somalia after fatwa issued
► 28 December 2004: Hundreds of Somalis die 3,000 miles away

**Previous story:** How £1.6m theft from UN weather agency could force open the entire organisation's books
**Next story:** Police race against time to stop Valentine's Day suicide pact

© Copyright of Telegraph Group Limited 2005. Terms & Conditions of reading.
Commercial information. Privacy and Cookie Policy.

XML RSS feeds available

UNITED NATIONS HIGH COMMISSIONER
FOR HUMAN RIGHTS

XXXXXXXXXX

# UNITED NATIONS RIGHTS EXPERT CONCERNED ABOUT RECENT VISA BANS ON SOMALI PASSPORT HOLDERS

XXXXXXXXXX

1 June 2004

*The Independent Expert on the situation of human rights in Somalia issued the following statement today:*

The Independent Expert on the situation of human rights in Somalia, Dr Ghanim Alnajjar, is concerned about the recent decisions by the Governments of Kenya and the United Arab Emirates(UAE) to stop issuing visas to holders of Somali passports.

The decisions will likely have a deleterious economic effect on countless Somalis because many imports to war-torn Somalia come through the UAE. The bans will also prevent Somali nationals who need to enter Kenya and UAE from obtaining services that they cannot get in their country such as medication, health services and access to international flights abroad.

The Governments of the UAE and Kenya, for their part, state that Somali passports are widely forged raising security and illegal migration concerns.

Dr Alnajjar is worried about the drastic consequences that this decision might cause on the livelihood of the Somalis and considers that at this time when the Somali National Reconciliation Conference is moving forward, the international community must work together to support efforts towards peace, stability and progress for the Somali people.

For more information on the Independent Expert, visit the following Web address:
*www.unhchr.ch/html/menu2/7/a/msom.htm*



**EXHIBIT E**

**Passport Renewal**
Same Day/ 24 Hr US Passport Renewal Guaranteed. Nationwide. Since 1992.

**Fast & Easy US Passports**
Processing in time for your trip! Nationwide service. BBB member.

**Same Day US Passport**
US passport processed in one day. Online instructions and forms.

**Fast Passport Service $50**
Fast, reliable U.S passport service Only $50 - Low rate guaranteed

Ads by Goooooogle

**Articles**
- Front page
- Latest
- Archive
- Authors
- Index
- Site map

**Categories:**
- Islamic Section
- Articles in Somali language
- Somali News archive
- History of Somalia
- Music Section

**Image gallery**

**Image of the Moment**



Government of the Galla and Sidamo, Instruction to support of the Borana

Image list

**Quiz**

**No scheduled games**

**Quiz operations:**
- All games
- Upcomming games
- Ended games
- Scores

**Newsfeed**
- Latest newsfeeds

**Links**
- Download music
- Download Quran
- Gallery
- Islamic
- Links
- Newspapers
- Radio Links

# Somali passports for sale

Search

**Top level / Somali News archive**

Author: admin user    Publishing date: 12.05.2004 15:10

Forged Somali passports are as easy to buy as bread in the Garissa Lodge market in the Kenyan capital, Nairobi.

Abdifatah Farah Yasin not only sells the passport but also "authenticates" it by putting a seal of the Somali ministry of foreign affairs and forging the signature of the last controller of passports before the break-up of the Somali state.

Somalia has had no central government since 1991 and has been wracked by fighting between opposing warlords.

"We are doing nothing wrong, we are just playing the role of a Somali government now that there isn't one in our country. Obviously there should be someone offering this service to Somalis," he said.

He even offered to sell me a Somali diplomatic passport, for just $100.

He said he would indicate in the passport that I was the Somali Ambassador to China or any other country of my choice.

He said they are printed in Malaysia and then smuggled into Kenya, where they are sold to Somalis desperate to travel abroad.

Free-for-all

The ready availability of Somali passports has led to nationals of other countries opting to use it too.

The Somali passport has been an attraction to ethnic Somali Kenyans, who can find it difficult to obtain a Kenyan passport.
Other nationals who are known to have used the Somali passport include Ethiopians and Eritreans, who resemble Somalis.

And this is why Kenya has announced that it will no longer respect Somali passports.

The country has twice been hit by terror attacks.

They fear that the easy availability of the Somali passport would make it possible for would-be attackers to operate freely within their country.

But the ban has badly affected Somali traders, who travel to Kenya to buy their merchandise, often from Garissa Lodge in the Nairobi suburb of Eastleigh.

At this market you can buy just about anything from modern electronic equipment to fake university degrees.

Many traders in this market used their Somali passports to travel to Far East countries such as China, Thailand and Taiwan for their supply of commodities.

Since the ban was announced, numbers at this previously busy market have sharply declined many stalls are now empty.

Medical treatment

Hussein Adan Arab, one of the traders at the market, said that they had not got any supplies from anywhere for the past two weeks following their immobility caused by

**Login**

**User name:**

**Password:**

OK

- Forgot your password?
- Register a new use

**Somali News archive**

**BBC producer killed i Somalia**
( 09.02.2005 15:30 )
A BBC producer has die after being shot while making a series of repo in the Somali capital, Mogadishu.
- Halkan Riix

**bbc news**

Film row over Pirates 'cannibals'
(BBC News | News Fron Page | UK Edition, 14.02.2005)

Row over PR firm NH project role
(BBC News | News Fron Page | UK Edition, 14.02.2005)

China net cafe culture crackdown
(BBC News | News Fron Page | UK Edition, 14.02.2005)

£610m exam bill 'tra waste'
(BBC News | News Fron Page | UK Edition, 14.02.2005)

Lula and Chavez to boost alliance
(BBC News | News Fron Page | UK Edition, 14.02.2005)

**Poll**

Banadir City is?

◯ Great!

**EXHIBIT F**

:: Somali Links
:: Suggest a link

Send Ecard

:: Card list

the passport ban.

"We have been forced to raise the prices of goods so as to stay in business longer," he said.

Haji Hassan Gulleid, chairman of the Eastleigh business community, says that Kenya has lost out because of the drop in trade. "Our brothers in Somalia were entirely dependent on us and now after this step by our government cannot get in or out of our country," says Haji Gulleid, himself a Kenyan national.

He called the ban "ill-advised and inhumane", saying that many Somali nationals also went to Kenya to get services that they cannot get in their country including medication and access to international flights abroad.




There is no authority to issue Somali passports - except in the markets

**Receivers email:**

**Your email:**

Send

| **Printer-friendly page** | **Send this article to a friend** |

## Comment List

There are no comments.

New comment

Excellent!
Good!
A CMS++ system
Vote
:: Results
:: Polls

**Printable page**

African Union

# Kenya has all but closed border to Somalia after US pressure

Posted: 06/12
From: Boston Globe

By Declan Walsh
June 12, 2004

NAIROBI -- The desert border between Kenya and its northern neighbor, Somalia, is hot, tough, and unforgiving -- a little like relations between the two countries at the moment.

A diplomatic spat has sparked a stream of ill-tempered exchanges across the dusty frontier. There have been angry words, tit-for-tat expulsions, and logjams at border posts. At the heart of the dispute is the small green-covered Somali passport.

The argument stretches back to the collapse of the Somali state in 1991, when the dictator Mohamed Siad Barre was toppled. Since then, the country has been controlled by warlords, each of whom rules his "turf" with a private army of well-armed militiamen. (The two exceptions are the breakaway provinces of Somaliland and Puntland in northern Somalia, which are pushing for recognition as independent countries.)

This institutionalized chaos makes life very difficult for ordinary Somalis. Apart from the dangers of getting caught in the crossfire between rival clans, there is no authority to provide such services as health care, education, or social welfare. Neither is there any way of getting official papers, such as birth certificates, identification papers -- or passports.

The result is a thriving market in "semiofficial" papers. Many passports are issued in Mogadishu's Bakara Market, a notorious corner of the capital where money buys everything from spices to smuggled televisions to rockets powerful enough to down an airplane. The "passport office" is a small shop where for $25 and a passport photo anyone -- even a visiting foreigner -- can become a Somali citizen in a matter of minutes.

The documents are frauds, of course, but not forgeries. As Siad Barre was being ousted in 1991, boxes of blank passports were stolen from government stores and found their way to Bakara. As it became clear that no legitimate government was going to emerge, traders started to hawk the passports. Somali citizens, desperate to travel abroad, were a willing market.

Formalities are kept to a minimum. For double the $25 fee, one can apply for a red-covered diplomatic passport. The procedure takes about five minutes.

For visitors to Somalia, like this reporter, the passports make a unique souvenir in a country with no tourist attractions. But for Somalis, they are the only available travel documents. And in the past few months, they sparked the argument with Kenya.

**EXHIBIT G**

Since the beginning of May, Kenya has refused to accept Somali passports, saying they are too easily obtained by dangerous people -- like the suspected Al Qaeda operatives who bombed a tourist hotel on the Kenyan coast in November 2002, killing at least 13 people. United Nations investigators say the extremists may have used such fake documents to slip through Kenya's lax border posts.

The final straw was when authorities discovered the passports were on sale in Eastleigh, an immigrant quarter of Nairobi where many Somali refugees live.

The United States may have had a hand in the ban. Since the Mombasa bombings, Washington has pressured Kenya to tighten its porous borders. .

For ordinary Somalis, the passport ban is the latest in a long line of body blows. The chaotic country, although it hardly seems possible, is going from bad to worse. A cease-fire signed in October 2002 has become a national joke. Almost 50 people died in a surge of fighting last month.

Foreign aid workers are regularly kidnapped for ransom.

Peace is not in the interest of the warlords, who are unlikely to fare well in any democracy. Meanwhile, foreign extremists may be continuing to profit from the chaos. Recently aid workers leftDinsor, a sleepy southern town, after discovering a freshly planted land mine on the local airstrip. Worried UN officials say the sophistication of the device suggest it was placed there by an external force -- possibly Al Qaeda or its local sympathizers.

Otherwise, Western countries have largely lost interest in Somalia's downward spiral. A decade after leading a peace mission that ended in ignominious retreat, the United States has committed just $350,000 to the peace process. Instead, it spends its cash on military maneuvers and covert operations -- including paying Somali warlords to hand over Al Qaeda suspects, UN sources say.

The passport ban has struck a nerve among the famously proud Somalis. The president of the largely powerless transitional government, Abdiqassim Salad Hassan, recently announced he would refuse to attend the peace talks until his passport was recognized.

Ordinary Somalis, meanwhile, say they feel more forgotten by the outside world than ever. Desperate parents pay human traffickers thousands of dollars to smuggle their children into the West.

As one Somali emigrant in London recently wrote in a despairing e-mail: "This ban [will] push Somalia further into the void."

Click here for Comment or Discussion version of this item.

Support Alternative Media

Mathaba.Net

THE STANDARD
OUTSTANDING EVERY DAY

Standard Online > TODAY Sunday October 31, 2004



# Stolen Kenyan documents find huge market in Somalia



By Standard Correspondent

Stolen Kenyan passports and national identity cards are on sale in Somalia, *The Standard* has learnt.

The vital documents, which are available in abundance, find their way to Bakaro market in Mogadishu through unscrupulous middlemen operating in Nairobi.

They are then altered to fit the buyer's needs, which include replacing the pictures of the original owners with those of the potential buyers.

A Kenyan passport fetches about Sh9,720 (US$120) while an ID card is available for about Sh8,100 (US$100). Once the buyer has the documents securely in his hand, he can travel anywhere in the world.

A reporter who posed as a potential buyer gathered from the dealers that they had sold a number of Kenyan passports to nationals of various African countries, who had then used them to make successful trips around the world.

The dealers had only one warning though: Never attempt to enter Kenya using the fake travel documents.

However, the fake national identity cards are used in Kenya. When asked about the contradiction on the names and pictures appearing on the passports, one dealer retorted: "Out there (countries outside Africa), who knows that you are not John, Kamau, Mohammed or Fatuma?"

An impeccable source said some of those who buy the documents are people who applied for the same through Kenyan authorities but their files went missing.

And unscrupulous Kenyan immigration officials, being aware of the lucrative black market trade, collude with the middlemen and process the passports in Nairobi before handing them over for delivery to Mogadishu.

The middlemen even revealed that it was easy to obtain a passport in Kenya following their deals with the crooked immigration officials. Once the officials process the passports, they normally destroy the

**EXHIBIT H**

Case 0:01-cv-01172-JRT-AJB Document 93-3 Filed 03/04/2005 Page 11 of 11

records to avoid detection.

Other passports are stolen directly from the owners and sold to brokers on Nairobi streets before transportation to Mogadishu.

Our team also found Ethiopian and South African passports in the Mogadishu market.

The dealers explained that the Somali mostly use the stolen Ethiopian documents due to their resemblance with Ethiopians.

**Copyright © MMIV . The Standard Group**

I & M Building, Kenyatta Avenue,
P.O Box 30080, 00100 GPO, Nairobi-Kenya.
Tel: +254 20 3222111, Fax: +254 20 214467. News room Fax: +254 20 3222111,.
Email: editorial@eastandard.net, online@eastandard.net
Terms & Conditions