# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

KEYSE G. JAMA,

Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,

Respondents.

Civil No. 01-1172 (JRT/ALB)

**ORDER**

Kevin M. Magnuson, BRIGGS & MORGAN, 2400 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, for petitioner.

Greg Mack, United States Department of Justice, Post Office Box 878, Ben Franklin Station, Washington, DC, 20044, for respondents.

Petitioner requests transfer of custody from Washington County Jail Facility to the United States Courthouse in Minneapolis to attend the Emergency Motion to Compel Removal or Release hearing that is scheduled for Wednesday, March 9, 2005 at 3:00 p.m.

Based upon Petitioner's request,

**IT IS HEREBY ORDERED**, that Petitioner be transferred to The United States District Court for the District of Minnesota, 300 South Fourth Street, Courtroom 13E, Minneapolis, Minnesota for the purposes of attending the hearing.

DATED: March 7, 2005
at Minneapolis, Minnesota.

John R. Tunheim
United States District Judge

SCANNED
MAR 8 2005
U.S. DIS RICT COURT MPLS