| | | | |
|---|---|---|---|
| 2 | 609.222 Subd. 1 | A2232 | N |
| 3 | 609.222 Subd. 1 | A2232 | N |
| | | | |
| | | | |
| | | | |

99CR00..0 MN0810300 99003189

| FILE NO. | DATE FILED |
|---|---|
| K-99-318 | 6-25-99 |

☐ Amended ☐ Tab Charge Previously Filed

☐✓ If more than 6 counts (see attached) ☐✓ If domestic assault

☒ SERIOUS FELONY
☐ FELONY
☐ GROSS MISDEMEANOR DWI
☐ GROSS MISDEMEANOR

☐ SUMMONS
☐ WARRANT
☒ ORDER OF DETENTI[ON]

**State of Minnesota**
PLAINTIFF,

NAME: first, middle, last
Kayse Guled Jama
1301 2nd Street NW Apt. 105N
Waseca, MN 56093
DEFENDANT.

Date of Birth
1/1/79

SJIS COMPLAINT NUMBER
81-11-8-003315

# COMPLAINT

*The Complainant, being duly sworn, makes Complaint to the above-named Court and states that there is probable cause to believe that the defendant committed the following offense(s). The Complainant states that the following facts establish PROBABLE CAUSE:*

Complainant is the Chief of Police for the City of Waseca. Complainant has talked with Waseca Police Officers Tim Schroeder and Scott Girtler. Based on talking with these officers, the Complainant is aware that on June 25, 1999, at approximately 4:07 AM, Waseca Police Officers Scott Girtler and Tim Schroeder were dispatched to 1301 2nd Street NW to investigate a complaint of an unknown disturbance, in the north parking lot. Complainant is aware that Officers Girtler and Schroeder responded immediately and found three individuals located outside of the apartment building at 1301 2nd Street NW that were bleeding and had stab wounds.

The Complainant is also aware that Officers Girtler and Schroeder subsequently spoke with Awil Ahmed Mohamed, who had been stabbed in the back of his right shoulder. The Complainant is aware Awil Mohamed was examined by North Ambulance at the scene for his injuries. The Complainant is also aware that Awil Mohamed gave a statement to Officers Girtler and Schroeder, in which he identified the Defendant as the person that had stabbed him with a knife.

The Complainant is also aware that Officers Girtler and Schroeder also spoke with Abdifadah Ali Ahmed. The Complainant has learned that Abdifadah Ahmed also had been stabbed on the top of his right hand and also on the right bicep. Complainant has learned that Abdifadah Ahmed gave a statement to Officers Girtler and Schroeder, in which he identified the Defendant as the person who had stabbed him. Complainant has also learned that Abdifadah Ahmed was transported to the Waseca Area Medical Center by North Ambulance, for treatment of his stab wounds.

Complainant has learned that Officers Girtler and Schroeder also conducted an interview with Mulid Hilowelie. Complainant has learned that Mulid Hilowelie had been stabbed in the left forearm. Complainant has also learned that Mulid Hilowelie was also transported to the Waseca Area Medical Center by North Ambulance, for treatment of his stab wound. Complainant has learned that Mulid Hilowelie gave a statement to

FORM C





OCT-22-99 09:44 AM DOC WASECA 507 835 7074 P.02

STATE OF MINNESOTA

61

COUNTY OF WASECA

DISTRICT COURT

THIRD JUDICIAL DISTRICT

State of Minnesota

Court File No. K7-99-318 & T6-99-813

NOTICE TO DEPARTMENT OF [illegible]

*COMPLAINT / INDICTMENT SUPPLEMENT*

| CCT | List Charge Statute Only | M.O.C. | GOC |
|---|---|---|---|

69

State of Minnesota County of **Waseca** **District Court**

| CCT | List Charge Statute Only | M.O.C. | GOC |
|---|---|---|---|
| 1 | 609.222 Subd. 1 | A2232 | N |
| 2 | 609.222 Subd. 1 | A2232 | N |
| 3 | 609.222 Subd. 1 | A2232 | N |

| CTY ATTY. FILE NO. | CONTROLLING AGENCY | CONTROL NO. |
|---|---|---|
| 99CR00080 | MN0810300 | 99003189 |

| COURT CASE NO. | DATE FILED |
|---|---|
| K7-99-318 | [illegible]-25-99 |

| CCT | List Charge Statute Only | M.O.C | GOC |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



SJIS COMPLAINT NUMBER(S)

81-11-8-003315

D

```
Count              : 3
Charge             : Assault in the Second Degree-Dangerous Weapon
In Violation Of: 609.222 Subd. 1
Maximum Penalty: 7 years or $14,000, or both
```

On or about June 25, 1999, within the County of Waseca, defendant assaulted another with a dangerous weapon, to-wit: Stabbed Mulid Hilowelie in the left forearm.

*THEREFORE, Complainant requests that said Defendant, subject to bail or conditions of release be:*
*(1) arrested or that other lawful steps be taken to obtain defendant's appearance in court; or*
*(2) detained, if already in custody, pending further proceedings;*
*and that said Defendant otherwise be dealt with according to law.*

COMPLAINANT'S NAME: Staloch, James

COMPLAINANT'S SIGNATURE: [signature]

*Being duly authorized to prosecute the offense(s) charged, I hereby approve this Complaint.*

DATE: 6/25/99

PROSECUTING ATTORNEY'S SIGNATURE: [signature]

*PROSECUTING ATTORNEY:*
NAME/TITLE: Larry Collins, Waseca County Attorney

ADDRESS/TELEPHONE: Waseca County Courthouse 507-835-0620

70

FORM :-2



Rev 7/95

63

STATE OF MINNESOTA
COUNTY OF WASECA

DISTRICT COURT
THIRD JUDICIAL DISTRICT

State of Minnesota

File # K7-99-318

vs.

SENTENCING ORDER

Keyse Guled Jama

Charge: 3rd degree Assault
Date of Offense: 6-25-99 Date of Plea: 9-8-99

THE FOLLOWING SENTENCE IS IMPOSED:

_____ Days Jail X Stay of ~~Imposition~~/Execution 1 year 1 day
Serve 180 days; _____ days suspended; 106 days credit.
Report to Jail on _____ at 9:00 a.m. (release for work/school/Attend AA)
AND/OR Fine of $ 500.00 (plus surcharges); $ _____ of fine suspended

DEFENDANT IS PLACED ON PROBATION:

X Supervised probation for 0-3 ~~months~~/years with ~~Court Services~~/MN DOC
_____ Unsupervised probation for _____ months.

COMPLAINT / INDICTMENT SUPPLEMENT

71

| CCT | List Charge Statute Only | M.O.C. | GOC |
|---|---|---|---|
| | | | |