# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| KEYSE G. JAMA, Plaintiff, v. IMMIGRATION AND NATURALIZATION SERVICE, Defendant. | ) | **COURT MINUTES** BEFORE: John R. Tunheim U.S. District Judge |

| | |
|---|---|
| Case No: | 01-1172 (JRT/AJB) |
| Date: | March 9, 2005 |
| Deputy: | Sarah E. Bagwell |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:20 p.m. |
| Time Concluded: | 4:22 p.m. |
| Time in Court: | 1 hour 2 minutes |

Hearing on: Petitioner's Emergency Motion to Compel Removal or Release

APPEARANCES:

Plaintiff: Jeffrey J. Keyes/Kevin M. Magnuson (BRIGGS & MORGAN)
Defendant: Greg Mack/Lisa Hoeshst (Office of Immigration Litigation - United States Department of Justice)

**IT IS ORDERED:

: Written order forthcoming.

s/Sarah E. Bagwell
Calendar Clerk