**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED
05 MAR 14 AM 10:31
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

William K. Suter
Clerk of the Court
(202) 479-3011

March 7, 2005

Clerk
United States District Court
for the District of Minnesota
200 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

**Re: Keyse G. Jama**
**v. Immigration and Customs Enforcement**
**No. 03-674**
**(Your No. 01-1172-JRT/AJB)**

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you – 1 box.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

Sincerely,

**William K. Suter**, Clerk

by *Eleanor G. Lyles*

Eleanor G. Lyles
Assistant Clerk

SCANNED
MAR 14 2005
U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

RECEIVED
'05 MAR 14 AM 10:31

## TRANSMITTAL INFORMATION SHEET

Date: August 6, 2004

To: SUPREME COURT OF THE UNITED STATES

From: Victoria Moralez, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1172 JRT/AJB
Eighth Circuit Case No.: 02-2324
Case Title: Keyse G. Jama v INS

TRANSMITTED HEREWITH:

☒ Original File(s), consisting of 4 file(s).

☒ Two certified copies, and one uncertified copy of updated docket sheet

**CC: United States Court of Appeal for the Eighth Circuit**

RECEIVED
AUG 10 2004
OFFICE OF THE CLERK
SUPREME COURT, U.S.

SCANNED
MAR 14 2005
U.S. DISTRICT COURT MPLS