UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Respondent's Unopposed Motion To Submit A Supplemental Declaration In Response To Petitioner's Emergency Motion To Compel Removal Or Release**

---

Respondent United States Immigration and Customs Enforcement ("ICE") hereby respectfully submits this supplemental response to Petitioner's motion for release of Petitioner Keyse Jama. In ICE's initial response it submitted a declaration regarding the efforts to remove Jama. Attached hereto is an additional declaration which provides an update on ICE's efforts to remove Jama. In this declaration, ICE reports that it has obtained preliminary approval to remove Jama to Puntland. On March 25, 2005, Senior Litigation Counsel spoke to Kevin Magnuson, counsel for Petitioner, and Mr. Magnuson informed Mr. Mack, that Petitioner does not oppose the Respondent's motion to submit this supplemental declaration.

Therefore, Respondent respectfully moves the Court to file the supplemental declaration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Greg D. Mack
GREG D. MACK
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 616-4858

Date: March 25, 2005

Attorneys For Respondent