U.S. District Court for the District of Minnesota
Civil No. 01-1172 JRT/AJB

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

I, Lisa Hoechst, hereby declare that:

1. I am Chief for the Travel Document Unit of the Office of Detention and Removal Operations, Removal Management Division, U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security in Washington, D.C.

2. My present duties and responsibilities include conducting transportation and removal planning, defining and projecting transportation and removal requirements, and supporting field office execution of transportation and removal operations. In my current position, I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons to Somalia.

3. I am making this declaration both from facts known personally to me and from facts learned during the performance of official duties.

4. This declaration is intended to supplement that previously filed with the Court, and signed March 7, 2005.

5. I have been involved in the efforts to remove Keyse Jama. Current efforts to effect Jama's removal involve a combination of commercial airlines and a contract charter.

6. ICE is coordinating Jama's removal via charter aircraft. This would entail Jama traveling via commercial air to a city near (but outside of) Somalia, then traveling via private charter into Somalia.

7. The ICE Attaché in Nairobi is in negotiations with RMI Security, a private security agency, to provide for Jama's transit into Somalia.

8. RMI Security advised that it needed to coordinate with persons in Puntland to arrange for the arrival of the flight at a landing strip in Bossasso.

9. When RMI received a response from those persons, it consisted of a number of questions. Responses were required of RMI before the landing arrangements could be made. RMI submitted those responses and awaited authorization to land in Bossasso. Several attempts were made by RMI to follow-up with those contact persons.

10. Last evening, I learned from the ICE Attaché that preliminary approval has been obtained to remove Jama to Puntland. Over the next several days, RMI expects to complete its arrangements for landing authorization.

11. Assuming that RMI Security makes the necessary arrangements, it is anticipated that the charter flight will be scheduled within 4 weeks of final approval, barring any unforeseen operational obstacles.

I declare under penalty of perjury that the foregoing is true and correct. Dated March 24, 2005.

Lisa Hoechst