**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND
NATURALIZATION SERVICE,

Respondents.

**CERTIFICATE OF SERVICE**

**Civil No. 01-1172 (JRT/AJB)**

---

I hereby certify that on March 28, 2005, I caused the following document(s):

**LETTER TO THE HONORABLE JOHN R. TUNHEIM REGARDING RESPONSE TO DECLARATION OF LISA HOECHST**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Lonnie F Bryan**
  lonnie.bryan@usdoj.gov tina.knoll@usdoj.gov;usamnecf.civil@usdoj.gov
- **Jeffrey John Keyes**
  jkeyes@briggs.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Greg D Mack** **VIA FAX (443) 535-0582 AND EMAIL GREGMACK@USDOJ.GOV**
US Dept of Justice
PO Box 878
Ben Franklin Station
Washington, DC 20044

Dated: March 28, 2005

s/ Kevin M. Magnuson
Kevin M. Magnuson (#306599)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8438

1753832v1