UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Respondent's Response To The Court's April 7, 2005 Order**

---

Respondent United States Immigration and Customs Enforcement ("ICE") hereby respectfully submits this response to the Court's April 7, 2005 Order, which directed ICE to submit to the Court "a written progress report detailing the status of its efforts to remove" Petitioner Keyse Jama. Attached is a declaration from ICE. ICE reports that Jama's removal is imminent, and, barring any unforseen circumstances, he will be removed no later than April 25, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Greg D. Mack
GREG D. MACK
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 616-4858

Date: April _12_, 2005

Attorneys For Respondent