U.S. District Court for the District of Minnesota
Civil No. 01-1172 JRT/AJB

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

I, Lisa Hoechst, hereby declare that:

1. I am Chief for the Travel Document Unit of the Office of Detention and Removal Operations, Removal Management Division, U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security in Washington, D.C.

2. My present duties and responsibilities include conducting transportation and removal planning, defining and projecting transportation and removal requirements, and supporting field office execution of transportation and removal operations. In my current position, I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons to Somalia.

3. I have been involved in the efforts to remove Keyse Jama. I am making this declaration both from facts known personally to me and from facts learned during the performance of official duties.

4. This declaration is intended to supplement those previously filed with the Court, and signed March 7 and 24, 2005.

5. The arrangements to remove Jama are on the verge of completion and his removal is imminent. ICE anticipates that, barring any unforeseen circumstances, Jama will be removed from the United States no later than April 25, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Dated April 12, 2005.

Lisa Hoechst