**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondents.

**NOTICE OF PETITIONER'S RENEWED MOTION FOR RELEASE**

**Civil No. 01-1172 (JRT/AJB)**

---

**TO: DEFENDANT AND ITS ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** That on April 12, 2005 before United States District Court Judge John R. Tunheim at the United States Courthouse, 300 S. 4th Street, Minneapolis, Minnesota, Petitioner Keyse G. Jama hereby moves that the Court direct Respondent to comply with the Court's April 7, 2005 Order requiring Respondent to provided a progress report detailing its efforts to remove Petitioner. If Respondent declines or fails to provide adequate information, Petitioner moves that he be released from detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001) no later than 5 pm, Friday April 15, 2005.

DATED: April 12, 2005.

BRIGGS AND MORGAN, P.A.

By: /s/ Kevin M. Magnuson
Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**AND**

Michelle Garnett McKenzie
Minnesota Advocates for Human Rights
650 Third Avenue South #550
Minneapolis, MN 55402
(612) 341-3302
**ATTORNEYS FOR PETITIONER**