**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND
NATURALIZATION SERVICE,

Respondents.

**PETITIONER'S RENEWED MOTION FOR RELEASE**

**Civil No. 01-1172 (JRT/AJB)**

---

Petitioner Keyse G. Jama hereby moves that the Court direct Respondent to comply with the Court's April 7, 2005 Order requiring Respondent to provided a progress report detailing its efforts to remove Petitioner. If Respondent declines or fails to provide adequate information, Petitioner moves that he be released from detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001) no later than 5 pm, Friday April 15, 2005.

DATED: April 12, 2005.

BRIGGS AND MORGAN, P.A.

By: /s/ Kevin M. Magnuson
Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**AND**

Michelle Garnett McKenzie
Minnesota Advocates for Human Rights
650 Third Avenue South #550
Minneapolis, MN 55402
(612) 341-3302
**ATTORNEYS FOR PETITIONER**