UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Respondent's Response To The Court's April 13, 2005 Order**

---

Respondent United States Immigration and Customs Enforcement ("ICE"), through its undersigned counsel, hereby respectfully responds to the Court's April 13, 2005 Order, and states in further detail as follows:

Respondent respectfully submits the attached declaration for consideration in camera and ex parte by the Court. This declaration has not been submitted to Petitioner's counsel. Respondent reasonably believes that further disclosure of details concerning Petitioner's removal from the United States will have a detrimental impact on removal operations concerning Petitioner.

Respondent is presently working on a version of the attached declaration that can be disclosed to Petitioner and publicly filed with the Court. Respondent is also working on a declaration that explains the need to file the attached declaration under seal and ex parte. Finally,

Respondent is endeavoring to submit these additional declarations before the close of the Clerk's office today.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Greg D. Mack
GREG D. MACK
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 616-4858

Date: April 14, 2005

Attorneys For Respondent