# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| KEYSE JAMA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL NO. 01-1172 JRT/AJB |
| v. | ) | |
| | ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

I hereby certify that on April 14, 2005, I caused the following documents:

Respondent's Response to the Court's April 13, 2005 Order; Notice of Conventional Filing; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kevin M. Magnuson
kmagnuson@briggs.com

Jeffrey John Keyes
jkeyes@briggs.com

Michele Garnett McKenzie
mckenzie@mnadvocates.org

Dated: April 14, 2005

s/Tina M. Knoll
Tina M. Knoll