UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Respondent's Supplemental Response To The Court's April 13, 2005 Order**

---

Respondent United States Immigration and Customs Enforcement ("ICE"), through its undersigned counsel, hereby respectfully responds to the Court's April 13, 2005 Order, and states in further detail as follows:

Respondent respectfully submits the attached declaration for filing publicly with the Court and disclosure to Petitioner. Respondent previously filed an in camera and ex parte declaration with the Court. In addition, Respondent respectfully submits another declaration which provides Respondent's justification for submitting to the Court the in camera and ex parte declaration in response to the Court's April 13, 2005 order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Greg D. Mack
____________________________
GREG D. MACK
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 616-4858

Date: April 14, 2005

Attorneys For Respondent