**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse E. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Respondents.

**AFFIDAVIT OF**
**KEVIN M. MAGNUSON**
**Civil No. 01-1172 (JRT/AJB)**

---

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

I, Kevin M. Magnuson, being first duly sworn under oath, states and alleges as follows:

1. I am an attorney at the law firm of Briggs & Morgan P.A.

2. I drafted the declaration of Keyse Jama, which is attached hereto as **Exhibit A**, during a telephone conversation with him on Thursday, April 14, 2005. Efforts to get the declaration filed and returned to me for filing have not been successful.

3. In light of the extremely time sensitive nature of these proceedings, I have attached the unsigned declaration to this affidavit and will file the signed declaration once I receive it.

4. I attest that the content of the declaration was expressed to me by Jama and that it faithfully reflects his statements.

**FURTHER AFFIANT SAYETH NOT.**

s/ Kevin M. Magnuson
Kevin M. Magnuson

Subscribed and sworn to before me
this 15th day of April, 2005.

s/ Cynthia L. Fjelstad – 1/31/10