**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1172 JRT/AJB**

---

KEYSE E. JAMA,

Petitioner,

vs.

IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Respondent.

**DECLARATION OF KEYSE JAMA**

INS No. A71 689 585

---

STATE OF MINNESOTA )
) ss.
COUNTY OF WASHINGTON )

I, Keyse Jama, hereby declare: that:

1. I have been in administrative detention for 48 months and in spite of the danger and uncertainty associated with the government's plan to deport me to Somalia, I wish to be released from jail, as I am being wrongly held, even if that means being sent to Somalia in its current state.

2. I accept the decision of the United States Supreme Court that the government may deport me to Somalia despite the lack of a central government there. I also accept the authority of the immigration service to deport me now.

3. I will cooperate with the government's plans to deport me. I will not physically or verbally resist the deportation in any way.



**EXHIBIT A**

4. I request that others not attempt to obstruct my deportation and do not encourage physical resistance to my deportation by anyone.

5. I am concerned that I will suffer great harm if I do not have any identity papers in Somalia and request the government provide valid American identity papers for me to take with me to Somalia.

6. I request that I be allowed to meet with my family and friends in person prior to removal to say good bye.

Executed in Stillwater, Minnesota on the 15th day of April, 2005.

____________________________
Keyse Jama



**EXHIBIT A**