UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Protective Order Concerning Respondent's Sealed Declaration Submitted On April 14, 2005**

---

Upon consideration of Respondent's Proposed Protective Order, it is hereby:

ORDERED that Respondent's Sealed Declaration Submitted on April 14, 2005, may be disclosed only to Kevin Magnuson, Jeffrey Keyes, and Michelle Garnett McKenzie (Petitioner's Counsel). It is further ORDERED that Petitioner's counsel shall not disclose the declaration or information contained therein to Petitioner or any other person. Respondent preserves all rights or remedies, including injunctive relief and damages, available to Respondent for breach of this protective order.



SCANNED
APR 1 9 2005
U.S. DISTRICT COURT MPLS

SO ORDERED.

Honorable John Tunheim
U.S. District Judge

ACKNOWLEDGED AND AGREED:

Kevin Magnuson
Counsel For Petitioner

Jeffrey Keyes
Counsel For Petitioner

Michelle Garnett McKenzie
Counsel for Petitioner