**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KEYSE G. JAMA,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Civil No. 01-1172 (JRT/AJB)

**ORDER**

---

Jeffrey J. Keyes and Kevin M. Magnuson, **BRIGGS AND MORGAN**, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN, 55402, for petitioner.

Greg D. Mack, Office of Immigration Litigation, **UNITED STATES DEPARTMENT OF JUSTICE**, Civil Division, 1331 Pennsylvania Avenue, NW, Room 700S, Washington, D.C., 20530; Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondents.

A telephone conference was held in this matter today at 3:30 p.m. C.D.T. The Court hereby **ORDERS** that Immigration and Customs Enforcement, or any agent acting on its behalf, is prohibited from accomplishing any deportation procedure different from that previously presented to this Court without the prior review of the Court.

DATED: April 22, 2005
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge