# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| KEYSE G. JAMA, Plaintiff, | **COURT MINUTES** BEFORE: John R. Tunheim U.S. District Judge |
| v. | Case No: 01-1172 (JRT/AJB) |
| | Date: April 22, 2005 |
| | Deputy: Sarah E. Bagwell |
| IMMIGRATION AND NATURALIZATION SERVICE, | Court Reporter: Jill C. Garrison |
| | Time Commenced: 3:35 p.m. |
| | Time Concluded: 4:02 p.m. |
| Defendant. | Time in Court: 27 minutes |

Hearing on: Teleconference regarding Status of Deportation Proceedings

APPEARANCES:

Plaintiff: Jeffrey J. Keyes/Kevin M. Magnuson (BRIGGS & MORGAN)
Michele Garnett McKenzie (MN Advocates for Human Rights)
Defendant: Greg Mack (Office of Immigration Litigation - United States Department of Justice)

**IT IS ORDERED:

: Written order forthcoming.

s/Sarah E. Bagwell
Calendar Clerk