UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Respondent's Report Concerning Petitioner's Placement In A Special Housing Unit And Expectation Regarding Petitioner's Removal**

---

Respondent United States Immigration and Customs Enforcement ("ICE"), through its undersigned counsel, hereby respectfully responds to the Court's April 25, 2005 inquiry during a telephonic hearing about Petitioner Keyse Jama's placement in solitary confinement at the Ramsey County Jail. The undersigned counsel has also been informed that yesterday ICE directed that Jama be moved out of the special housing unit, and that he is now in the general population at the Ramsey County Jail.

Further, the undersigned counsel has been informed that ICE intends to remove Jama to Somalia within the next six weeks, barring any further unforseen obstacles or operational impediments to executing Jama's order of removal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Lonnie F. Bryan for
GREG D. MACK
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 616-4858

Date: April 26, 2005

Attorneys For Respondent