U.S. District Court for the District of Minnesota
Civil No. 01-1172 JRT/AJB

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

I, Lisa Hoechst, hereby declare that:

1) I am Chief for the Travel Document Unit of the Office of Detention and Removal Operations (DRO), Removal Management Division, U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security in Washington, D.C.

2) My present duties and responsibilities include conducting transportation and removal planning, defining and projecting transportation and removal requirements, and supporting field office execution of transportation and removal operations. In my current position, I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons to Somalia.

3) I have been involved in the efforts to remove Keyse Jama. I am making this declaration both from facts known personally to me and from facts learned during the performance of official duties.

4) This declaration is intended to apprise the Court of the events surrounding Jama's unsuccessful removal to Somalia on April 22, 2005.

5) When the charter aircraft returned to the airport in Kenya from Bossasso, Somalia, ICE officers immediately escorted Jama and the flight crew into separate rooms for interviews.

6) In their interview, the contract charter escorts reported that en route to Bossasso, Jama asked if they were from an Irish company called "MRI." Jama stated at that time that he knew he would be sent back to the United States, and specifically to Minnesota. While descending into and taxiing in Bossasso, Jama repeated that he did not think he would be accepted.

7) The ICE officers interviewed Keyse Jama who reported the following:

a) Jama reported that he learned from Kevin Magnuson the details of the removal plan a week prior to his departure from Minnesota.
b) He requested that a group of Somalis accompany him the next time he is removed to Somalia. He said he knew many people who would like to go with him.
c) He expressed an interest to remain in Nairobi and "surrender" to the Kenyan government.

8) The interviews of the escorts and Jama also revealed the following: Upon landing in Bossasso, the plane was immediately surrounded by twenty armed men. Another plane landing at the same time was not approached by any officials or armed men. When the plane door opened, the escorts and Jama were met by two persons who claimed to be immigration officials, but would not provide their names. The first thing they said was that they would not accept Keyse Jama; this was before anyone on the plane spoke or was identified.

9) Jama began speaking with various people around the tarmac. Jama reported to the escorts that he would not be accepted into Bossasso.

10) Jama and the escorts were told to await the arrival of the Puntland Police Commissioner, who was not named. The RMI escort called his Puntland contact, who asked to speak with the Chief of Immigration. The Chief refused to come to the telephone.

11) When the Police Commissioner arrived, Jama and the escorts were called to the airport office of immigration. Speaking through a Somali-English interpreter, the Commissioner asked the RMI escorts why Jama was being deported, the type of identification he carried, and whether he was returning to Somalia willingly. The escorts relayed the information to the Commissioner and noted that the Puntland government contact was well aware of the information. The Commissioner then said he would ask Jama the same questions. The conversation that followed was in Somali.

a) Although the RMI escorts advised Jama to speak in English so everyone could understand him, he spoke almost exclusively in Somali. Jama's statements were not translated for the RMI escorts.

12) When reached by telephone, the Puntland official with whom RMI had arranged the removal continued to indicate that the government would accept Jama. He instructed the Police Commissioner telephonically to accept Jama. The Commissioner indicated that Jama would be accepted, and asked Jama a few more questions.

13) Thereafter, a person claiming to be an immigration officer asked Jama if he had $5,000 or $10,000 from the U.S government. Jama said he did not. The persons purporting to be immigration officials then claimed to have called the Vice President, who they said decided that Jama would not be accepted into the country and that

Puntland was not a "dumping ground." The purported immigration officials provided a hand-written statement of rejection (attached hereto as Attachment A).

14) The RMI escorts and Jama were led back to the aircraft and were refused permission to use the telephone. The persons present declined to give their names, and said it was sufficient to know that the Police Commissioner was present.

15) The RMI escorts reported that during the flight out of Somalia, Jama was "euphoric," "talked incessantly," and that "all his worries were over." Jama told the escorts that their efforts were laudable and the failed removal was not their fault. Jama said he was pleased he did not have to end up "in a sh*t hole like Bossasso."

16) In subsequent communications with Puntland officials, RMI was advised that the failed event was "surprising" and would be discussed with the highest officials in Puntland. A follow-up interview will be conducted this week after the Puntland official concludes his investigation into the events.

17) ICE is developing alternate plans to accomplish Jama's removal from the United States. It is anticipated that Jama's removal will be successfully executed within the next six weeks. In the interim, ICE has determined that Jama's detention should be continued, because he presents a significant flight risk, as he has exhausted his legal challenges to his removal and has no incentive to comply with any conditions of supervision ICE might impose at this juncture.

I declare under penalty of perjury that the foregoing is true and correct. Dated April 27, 2005.

Lisa Hoechst
Chief
Travel Document Unit

# ATTACHMENT A

BUNTLAND STATE OF SOMALIA

Bosaso imm. office

Ref – B Imm/Airport

22-04-05

– JAMA KEYSE GUULEED –

HE COME BOSASO Airport. P/Land

Accompanied By. TWO MEN.

[redacted]

NOT HAVING NEEDED Lawful DOCUMENTS WE HAVE REJECTED TO EXCEPT MR. KAIZA

THANKS