UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

MOTION TO WITHDRAW DOCKET NUMBER 136

---

Comes Now Immigration and Customs Enforcement (Respondent) and moves this court to withdraw Docket No. 136, a declaration and attachment filed on April 27, 2005, on the gorunds and for the reasons that :

I.

Docket Number 136 inadvertently disclosed private identifying information of private individuals.

II.

Plaintiffs counsel has agreed to filing a redacted version of Docket Number 13. The redacted version will remove only the identifying information, that is names and address. Indeed, the redacted version has been filed.

III.

Plaintiff has the redacted information.

IV.

Good cause exists to grant an order withdrawing Docket number 136.

WHEREFORE, the undersigned hereby moves this court for an order as follows:

1. Granting Respondent's unopposed motion to withdraw Docket Number 136,

2. Ordering the Clerk of Courts to withdraw Docket Number 136 from the record and destroy it; and

3. Such other and additional relief as this Court deems just and equitable.

Dated this 27th day of April 2005.

THOMAS B. HEFFELFINGER
United States Attorney

s/Lonnie F. Bryan

BY: LONNIE F. BRYAN
Assistant U.S. Attorney
Attorney ID Number 206635