UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

ORDER TO WITHDRAW DOCKET NUMBER 136

---

Upon Respondent's unopposed motion to withdraw Docket Number 136, and with good cause having been shown therefore, the Court hereby

GRANTS Respondent's motion and

ORDERS that the Clerk of Courts is directed to withdraw Docket Number 136 from the record and destroy it.

So Ordered.

Dated: April 28, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge