**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 01-1172 JRT/AJB**

---

KEYSE E. JAMA,

Petitioner,

vs.

IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Respondent.

**DECLARATION OF SHIRLEY HOLDAHL**

INS No. A71 689 585

---

I, Shirley Holdahl, hereby declare that:

1. I first came to know of Keyse Jama through my son who was an inmate at Washington County Jail in the spring 2004. Over time my son and Keyse became friends and supported each other through their tribulations. My son was released, but returned to the jail in the fall where he met Keyse again. Keyse immediately offered him compassion as one friend to another and listened to him as a parent would counsel their children. The two are about the same age and they shared a friendship that deepened over time. They were good for each other. They laughed and made jokes about things young men laugh about and shared their stories both filled with frustration, but hopeful for their future. Being of different faiths, they renewed their trust in God and developed a spiritual bond between them. Keyse said they were a good example of how Somalia and America could be friends, different, but both human beings with the same feelings.

2. When Keyse was deported, he wrote a farewell note of advice to his friend, my son, from which I quote, “When you come out of jail, the Lord will talk to you. You have to

remember your friend, Jama and what happened to him. Look to your family for they love you always. Please change your life. I know you will, friend." He then ends it with his typical humor: "Kick back." It is this seriousness and humor that characterize Keyse Jama.

3. My son said of him, "he has the maturity of a forty year old, and all the fun of a 25 year old". It seems like his maturity has doubled since I've known him. He does not see things as a twenty-six year old. Keyse has great patience, is respectful of authority, and is good with people. In all the years he has been an inmate, Keyse hears everyone's story. He sees repeat offenders and how drugs and crime have changed them. People like him and listen to him. Keyse is a natural leader and has encouraged inmates to change before they wind up serving long sentences. He often tells inmates his own and others stories to influence them to change and not get stuck in self pity and negativism. Inmates listen to him because he knows the system and how things work and it obvious that he wants to help others. Keyse had a profound impact on my son, who has to serve his time, but thanks to Keyse, it won't be hard time.

4. My own impressions of Keyse Jama developed in a critical time just after the Supreme Court ruled against him. I visited my son's friend often in Washington County jail, and was always hearing about this guy with so much to lose, but who was happy, always doing things for others, looking forward to his release, and was friendly to everyone. Of course, this was Keyse. I have always felt the call to reach out to people, and when my son asked if I could spare 10 dollars and send some hand made cards to Keyse for all the help Keyse gave him, of course I agreed. Keyse called me to thank me and that is the beginning of my relationship with this remarkable young man. He called me when my son was transported to DOC, and spoke to me of what friends they had become and what hope he had for his friend telling me not to worry about either of them, that they were survivors. He writes in a letter, "My problem was alcohol,

but I believe anyone can change. All I can say now is thanks to the lord. I am a muslim, but my friend is a good christian. Because I see him, know him, he is going to change soon. Always there is hope."

5. And so during this trying period between the judgment of his case and his deportation, I got to know Keyse Jama through phone calls, letters, and an occasional visit to the county jail. In some ways, I hired on as a personal secretary listening to him, contacting his family, picking up little things he needed, teaching him about email, contacting his friends, and sending him a lot of cards. I didn't hire on for gain, but for the sure joy of helping out this sensitive and caring young man. His expressions of gratitude came in many forms. Every communication I ever received from him both written and verbal always included a note of his appreciation. I recall that he was so serious about thanking anyone who had ever helped him. He would call me and give me orders to make cards for people, and he always was proud to hear back from them about how much they appreciated his thoughtfulness. We would laugh at him giving me orders. He has such a great sense of humor and a tremendous capacity to focus on the positive which I am sure has strengthened him throughout his ordeal.

6. He has a big heart and would like to help educate young refugees so they can avoid similar situations. His genuine love for people and their love for him is a part of his natural tendency to be of service to others as witnessed by the many inmates like my son whom Keyse Jama has touched.

7. I feel strongly that Keyse has the potential to be a strong and productive citizen of whatever country he finds himself residing. I wish that country could be the United States, because in deporting Keyse Jama, we are losing a young man who loves America and Americans and would have a strong influence and message in bridging the gap between the Somali and

American people. Keyse has never said a negative word about our country. He has never lost hope even as he was being deported that he might share the American dream wherever he is. I quote from his last letter to me: "There is always hope. The lord bless you and your family. All of us are friends. I will pray for all of us and remember you always. We need Somalia and America to come together."

To me, Keyse Jama is the boy next door, you know the one. The one that had a troubled youth, but grew up to be an everyday hero. Were Keyse to be released, I know that he would act responsibly and live up to whatever conditions are set. I also know that when it is time to go back to Somalia, he will not avoid that obligation but will show up at the appointed time and place with optimism.

Executed in White Bear, Minnesota on the 27th day of April, 2005.

s/ Shirley Holdahl
Shirley Holdahl