**startribune.com** Close window

Last update: April 23, 2005 at 8:55 AM

# Somalia refuses to admit refugee deported from Minnesota

**Eric Black**
Star Tribune
Published April 23, 2005

Keyse Jama, the Somali whom the U.S. Immigration and Customs Enforcement Agency (ICE) has been trying to deport, was apparently rejected for admission to Somalia on Friday.

Late Friday, Jama, 26, was apparently in neighboring Kenya, with his future unclear.

Abdirizak Bihi of Minneapolis, a Somali interpreter and community organizer, translated a radio broadcast from the Somali language service of the British Broadcasting Corp. (BBC) that indicated that Jama and two men hired by the ICE to fly Jama from Kenya to the autonomous Somali state of Puntland had landed but had not been allowed to disembark.

Puntland officials said that they considered Jama's deportation illegal and that they would not accept him, said Bihi, who comes from Puntland and who spoke with government officials there.

U.S. District Judge John Tunheim of Minneapolis entered an order Friday prohibiting the ICE from deporting Jama in any way other than the one planned and accepted by the court.

The U.S government has been trying to deport Jama for more than four years. He entered the country legally in 1996 and settled in Minnesota. He lost his refugee status after being convicted of a 1999 assault.

That began a long court battle, one that went to the U.S. Supreme Court, over whether the United States could deport someone to a country like Somalia that, since a 1991 civil war tore the country apart, hasn't had a functioning government able to accept deportees.

The Supreme Court decided in January that ICE could deport Jama, and the government has tried to honor Jama's request that he be delivered to Bossasso, a port city in Puntland where many members of Jama's clan live. But that has proven difficult.

In papers filed with Tunheim's court, the agency said it had contracted with an international security firm that had negotiated the right to land a chartered plane in Bossasso. ICE officials took Jama from Minnesota to Kenya, apparently on Wednesday night, and turned him over to the private firm. But when the charter landed in Bossasso, officials there would not allow him to remain, according to the BBC report.

***Eric Black is at eblack@startribune.com.***

© Copyright 2005 Star Tribune. All rights reserved.

**EXHIBIT A**

Posted on Sat, Apr. 23, 2005

# Deportation hits snag in Somalia

**Reports indicate Minnesota Somali returned to Kenya**

**BY TODD NELSON**
**Pioneer Press**

The deportation of a Minnesota Somali may have run into complications when he reached his chaotic homeland, reports indicated Friday.

Overseas radio reports monitored by Somalis in the Twin Cities said officials had ordered the chartered plane carrying Keyse Jama, 26, to leave after it had landed briefly in Puntland, a self-declared autonomous region of Somalia.

A Puntland official said in one radio report that authorities had refused to allow Jama to enter their territory because the regional administration had not been contacted in advance, said Abdirizak Bihi of the Somali Education and Social Advocacy Center in Minneapolis. Reports indicated that Jama had returned to Kenya aboard the plane he had left in.

U.S. District Judge John Tunheim in Minneapolis conducted a telephone hearing Friday afternoon with Jama's lawyers and Justice Department lawyers representing Immigration and Customs Enforcement, the agency carrying out Jama's deportation. Tunheim issued an order prohibiting immigration authorities from changing their deportation plan without his review.

That plan initially called for immigration agents to accompany Jama on a chartered flight to the Kenyan capital of Nairobi. The agents were to turn Jama over to a private security company that had contracted with the government to fly him into Somalia. Jama called his lawyers in Minnesota on Thursday to report that he had reached Kenya without incident.

Tim Counts, an Immigration and Customs Enforcement spokesman, declined to comment on the reports. The agency sometimes acknowledges high-profile deportation cases after the fact.

One of Jama's lawyers, Kevin Magnuson of the Briggs & Morgan law firm in Minneapolis, which is representing Jama with Minnesota Advocates for Human Rights, declined to comment.

Jama arrived in this country in 1996, after fleeing with his family from Somalia after civil war erupted in 1991. Somalia has not had a central government since, and much of the territory is under the control of heavily armed warlords. He is being deported because of his 1999 conviction for third-degree assault, stemming from a fight in Hennepin County that injured another man. He completed a one-year sentence in that case before immigration authorities placed him in administrative detention to await removal.

Jama had spent the last four years in jail waiting to be deported. He gained national attention as he challenged the government's authority to deport him to a country without a central government to accept him. The Supreme Court ruled against him in January, finding that the government did not need such advance consent, clearing the way for his removal to Somalia.

*Todd Nelson can be reached at toddnelson@pioneerpress.com or 651-228-5575.*

© 2005 St. Paul Pioneer Press and wire service sources. All Rights Reserved.
http://www.twincities.com