UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**Respondent's Supplemental Report Concerning Petitioner's Removal**

---

Respondent United States Immigration and Customs Enforcement ("ICE"), through its undersigned counsel, hereby respectfully provides the supplemental report to the Court, and states in further detail as follows:

Respondent respectfully submits three declarations concerning Petitioner's removal. One declaration is for filing publicly with the Court and disclosure to the Petitioner. In addition, there is an in camera and ex parte declaration for disclosure only to the Court and a public declaration which addresses the reason Respondent must file an in camera and ex parte declaration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Lonnie F. Bryan for
GREG D. MACK
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 616-4858

Date: May 6, 2005

Attorneys For Respondent