U.S. District Court for the District of Minnesota
Civil No. 01-1172 JRT/AJB

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

# REDACTED DECLARATION

I, Lisa Hoechst, hereby declare that:

1) I am Chief for the Travel Document Unit of the Office of Detention and Removal Operations (DRO), Removal Management Division, U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security in Washington, D.C.

2) My present duties and responsibilities include conducting transportation and removal planning, defining and projecting transportation and removal requirements, and supporting field office execution of transportation and removal operations. In my current position, I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons to Somalia.

3) I have been involved in the efforts to remove Keyse Jama. I am making this declaration both from facts known personally to me and from facts learned during the performance of official duties.

4) This declaration is intended to apprise the Court of RMI Security's communications with Puntland officials following the failed attempt to remove Jama to Somalia.

5) RMI followed up with its original point of contact (hereinafter "the contact"). The contact had discussed the failed removal attempt with the President of the self-proclaimed autonomous state of Puntland. The President is currently in Dubai concluding a three week trip to several countries. It is anticipated that he will return to Puntland by the end of this week.

6) The contact said the President was unhappy with the failed removal attempt and the refusal of those present in Bossasso to follow the agreement of the Puntland Government to accept Jama's return.

7) The contact expressed interest in having the removal executed again so that it can be completed successfully. He said the President's office is prepared to inform RMI that Puntland will accept Jama's return, and that an ICE-issued certificate of identity is sufficient to permit his entry to Puntland.[1] The contact clarified that the President would not be able to communicate this to RMI until his return to Puntland, which is expected to occur by the end of this week.

8) RMI suggested to the contact that the next charter flight returning Jama to Somalia land not in Bossasso, but elsewhere in Puntland. The contact said that as long as Jama chose Puntland as his destination for removal, he may be returned to any place within Puntland. The contact stated that he would be present to accept Jama's return on behalf of the Puntland government.

9) As stated in my declaration of April 18th, upon Jama's successful removal, ICE DRO will provide to Jama a copy of the warrant of removal which contains his name, photograph, and fingerprint, in addition to a copy of the order of removal issued by the Immigration Judge. The documents were ready and available to be handed over to Jama upon repatriation, but were placed in his alien file after he was returned to the United States. At the time Jama's removal is successfully completed, the two aforementioned documents will be provided to him.

10) I wish to clarify the players who were involved in the events on April 22d in Bossasso. The Puntland official with whom RMI arranged for Jama's return was not the Vice-President. It was that contact who called the Police Commissioner while discussions were ongoing at the Bossasso airport; in fact, RMI advises that they participated in this telephone call with the contact. The contact instructed the Police Commissioner to accept Jama as the Puntland government had arranged and agreed, and the Police Commissioner acquiesced. RMI reported to me that the so-called Puntland immigration officials at the airport then claimed to have called the Vice-President who then allegedly refused to accept Jama. When RMI asked the so-called immigration officials why they did not call the President, they advised that the President was unavailable as he was out of the country.

11) ICE is developing an itinerary to accomplish Jama's removal from the United States to Puntland. It is anticipated that Jama's removal will be successfully executed

[1] A certificate of identity is issued in cases where a passport or other form of travel documentation is unavailable. The certificate of identity is not held by the alien. It is presented by the official escorts to the transit and/or receiving entity on behalf of the alien. In this removal, RMI Security will possess the certificate of identity for presentation by RMI to the receiving entity upon Jama's arrival in Puntland.

within the next few weeks.

I declare under penalty of perjury that the foregoing is true and correct. Dated May 6, 2005.

Lisa Hoechst
Chief
Travel Document Unit