UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

**NOTICE OF APPEAL**

Notice is hereby given that the Respondent in the above-captioned case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's order and judgment filed on May 20, 2005, directing that Petitioner be released on May 23, 2005, at 10:00 a.m.

The jurisdiction of the Court of Appeals for the Eighth Circuit is invoked pursuant to 28 U.S.C. § 1291. Because

Respondent is a government agency, no docket fee is required.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID KLINE
Principal Deputy Director

s/Greg D. Mack
GREG D. MACK
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044-0878
Telephone: (202) 616-4858

Attorneys for Respondent-Appellant

Dated: May 20, 2005