# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| KEYSE JAMA,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 01-1172 JRT/AJB |

I hereby certify that on May 20, 2005, I caused the following documents:

Notice of Appeal; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kevin M. Magnuson
kmagnuson@briggs.com

Jeffrey John Keyes
jkeyes@briggs.com

Michele Garnett McKenzie
mckenzie@mnadvocates.org

Dated: May 20, 2005

s/Tina M. Knoll
Tina M. Knoll