UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

May 23, 2005

Mr. Greg D. Mack
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Re: 05-2378 Keyse G. Jama vs. Alberto Gonzales

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. The notice of appeal has been filed in the above case which was docketed in this court on May 20, 2005 on the emergency motion to stay.

(5052-010199)

Michael E. Gans
Clerk of Court

dlb

Enclosure(s)

cc: Keyse G. Jama
Jeffrey John Keyes
Kevin M. Magnuson
Michele Garnett McKenzie
Lonnie F. Bryan, Asst. U.S. Attorney
David J. Kline
Christine A. Bither
Jill Garrison
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:01-cv-01172-JRT

SCANNED
MAY 2 4 2005
U.S. DISTRICT COURT MPLS