# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-2378

| | | |
|---|---|---|
| Keyse G. Jama, | * | |
| Appellee, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Alberto Gonzales, etc., | * | |
| Appellant. | * | |

AMENDED ORDER

Immigration and Customs Enforcement has filed an emergency motion for a stay of the District Court's May 20, 2005 order releasing Keyse Jama at 10:00 a.m. on Monday, May 23, 2005. The motion is granted, and the District Court's release order will be stayed pending further order of this court.

Judge Bye votes to deny the motion for stay.

May 23, 2005

A true copy.

ATTEST: Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
MAY 25 2005
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 23, 2005

RECEIVED
BY MAIL
MAY 25 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Ms. Terri J. Scadron
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Re: 05-2378 Keyse G. Jama vs. Alberto Gonzales

Dear Counsel:

Enclosed is a copy of an amended order entered today in the above case.

If the district court clerk's office is receiving this letter electronically, they will also be receiving a certified copy of this order in the mail.

Sincerely,

Michael E. Gans
Clerk of Court

dlb

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Keyse G. Jama
Jeffrey John Keyes
Kevin M. Magnuson
Michele Garnett McKenzie
Christine A. Bither
Greg D. Mack
David J. Kline
Lonnie F. Bryan, Asst. U.S. Attorney
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:01-cv-01172-JRT-AJB

SCANNED
MAY 25 2005
U.S. DISTRICT COURT MPLS