**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Respondents.

**PETITIONER'S MOTION TO COMPEL PRODUCTION OF EVIDENCE**

**Civil No. 01-1172 (JRT/AJB)**

---

**TO: RESPONDENTS AND ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** that before United States District Court Judge John R. Tunheim at the United States Courthouse, 300 S. 4th Street, Minneapolis, Minnesota, Petitioner Keyse G. Jama hereby moves that the Court direct Respondent to produce no later than 5 p.m. CST, Tuesday July 5, 2005 the letter purportedly from the President of Puntland accepting the deportation of Keyse Jama referenced in the June 23, 2005 Clark declaration attached to respondent's June 24, 2005 brief in opposition to petitioner's motion to lift the Eighth Circuit's stay.

DATED: Friday, July 1, 2005.

BRIGGS AND MORGAN, P.A.

By: ______________________________

Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**AND**

Michelle Garnett McKenzie
Minnesota Advocates for Human Rights
650 Third Avenue South #550
Minneapolis, MN 55402
(612) 341-3302

**ATTORNEYS FOR PETITIONER**