# EXHIBIT 3

United States District Court
District of Minnesota
Civil No. 01-1172 (JRT/AJB)

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

I, John Clark, hereby declare that:

1) I am the Deputy Assistant Secretary of U.S. Immigration and Customs Enforcement (ICE), within the Department of Homeland Security in Washington, D.C.

2) My present duties and responsibilities include assisting in the administration and enforcement of customs and immigration laws. I advise and assist the Assistant Secretary in formulating and implementing ICE's policies and programs. I provide supervision and direction to all organizational units of ICE, including the Office of Detention and Removal Operations.

3) This declaration is intended to apprise the Court of aspects of ICE's plan to accomplish the removal of Keyse Jama from the United States. I am making this declaration both from facts known personally to me and from facts learned during the performance of official duties.

    a) On or before July 28th, Jama will depart the United States by charter aircraft to a transit point near but outside Somalia, likely Nairobi, Kenya. In accordance with ICE escort policy, Jama will be accompanied during his flight from the United States and to Nairobi by a minimum of two ICE officers.

        i) The plan to remove Jama will be executed on a date certain known only to those involved in the operational aspects of this removal.

        ii) The planned removal date may be affected by the District Court's current injunction on Jama's removal to any location within Puntland or Somalia that was not previously submitted in a removal plan to the District Court, and the need to vacate or otherwise modify that injunction.

b) Jama and the ICE escorts will arrive at the transit point on the following day.

c) Jama and the ICE escorts will remain at the transit point overnight. It is anticipated that the ICE escorts will remain with Jama until he departs the transit location.

d) Jama will depart the transit point the next day via charter aircraft. He will be accompanied by contract security escorts.

e) Jama will be transported via charter aircraft to Bossasso, in the Puntland state of Somalia. In the event that his repatriation to Bossasso is not feasible or successful, Jama will immediately be taken by the same charter aircraft and contract escorts to another location within the state of Puntland.[1]

    i) The President of the self-proclaimed autonomous region of Puntland has recently approved Jama's repatriation in writing and has assured his acceptance upon arrival.

    ii) ICE will provide to Jama a copy of the warrant of removal which contains his name, photograph, and fingerprint, in addition to a copy of the order of removal issued by the Immigration Judge. The documents are ready and available to be handed over to Jama once his removal is successfully completed.

f) The ICE officers will remain at the transit point until they receive word from the charter escorts that Jama has been successfully repatriated under this plan.

4) Previously, ICE disclosed the actual date of Jama's April 2005 removal and details concerning the removal operation. This was a departure from ICE's general policy of nondisclosure of the date, location, and participants of ongoing law enforcement operations. This is a sensitive operation and disclosure of the actual time and date of departure and the participants in the operation may endanger the safety of ICE officers, the flight crew, and the detainee. For these reasons as well as those stated in the Kovensky declaration of May 6, 2005 (attached as Exhibit A), ICE believes it should not divulge additional information, particularly information concerning the actual date of Jama's removal nor any information which would further identify any of the specific Puntland authorities involved because of the likelihood that third parties would contact them and pressure them to withdraw their authorization to accept Jama.[2] Furthermore, the precise contents of the President's letter cannot be

---

[1] As indicated in prior declarations, Jama has requested removal to Puntland, and ICE has been, and continues toward, attempting to accommodate that request.

[2] See http://news.minnesota.publicradio.org/features/2005/06/17_stawickie_keysejama. Ali Galaydh, a former Somali prime minister, says there is fear among other deportable Somalis that they will be next if Jama is successfully removed. "*There are people here in the Twin Cities who will do everything possible for that not to happen*," Galaydh says. "And that would include talking to Puntland officials to create a picture that, if you allow this guy to come, there will be thousands of people who are going to be taken there." (emphasis added).

disclosed without jeopardizing the integrity of the removal operation.

I declare under penalty of perjury that the foregoing is true and correct. Dated July 5, 2005.

John Clark
Deputy Assistant Secretary