UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1172 JRT/AJB

| | | |
|---|---|---|
| KEYSE JAMA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | OF MOTION DOCUMENTS |
| v. | ) | AND PROPOSED ORDER |
| | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on July 5, 2005, I caused the following documents:

Respondent's Motion to Vacate the Court's April 22, 2005 Injunction and Dismiss the Habeas Petition; Exhibits 1-4; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Kevin M. Magnuson | kmagnuson@briggs.com |
| Jeffery John Keyes | jkeyes@briggs.com |
| Michele Garnett McKenzie | mckenzie@mnadvocates.org |

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

tunheim_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed by first class mail, to the following:

| | |
|---|---|
| Kevin M. Magnuson | kmagnuson@briggs.com |
| Jeffery John Keyes | jkeyes@briggs.com |
| Michele Garnett McKenzie | mckenzie@mnadvocates.org |

Dated: July 5, 2005

s/Tina M. Knoll
Tina M. Knoll