**Exhibit 2**

U.S. District Court for the District of Minnesota
Civil No. 01-1172 JRT/AJB

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

I, Leonard Kovensky, hereby declare that:

1) I am the Acting Assistant Director for Operations of the Office of Detention and Removal Operations (DRO), U.S. Immigration and Customs Enforcement (ICE) within the Department of Homeland Security in Washington, D.C.

2) My present duties include oversight of all operations relating to the enforcement of final orders of deportation and the removal of such aliens from the United States.

3) In my official capacity, I am familiar with ICE's efforts to remove Keyse Jama, alien file number 71 689 585.

4) ICE has provided to its counsel a declaration dated May 5, 2005 for submission to the Court which contains further information regarding Jama's removal from the United States.

5) Disclosure of this information is substantially likely to harm the law enforcement interests of the United States and pose a threat to the safety and well-being of those involved with the removal plans.

6) The bases for this statement are outlined in the declarations filed with this Court on April 14 and 18, 2005 which provided ICE's justifications for the submission of information under seal. In addition to those justifications, ICE also notes the following justifications for the current filing under seal:

   a) Generally, ICE does not disclose details about its removal plans or operations. In this case, ICE disclosed information because of the unique nature of this case. It is ICE's intent to remove Jama to Somalia. That intent was not successfully carried out when ICE tried to remove Jama. At this juncture, the successful execution of Jama's removal depends, in my opinion, in returning to ICE's policy of not disclosing, in public, its removal plans and the details of its removal operations.

   b) There are almost 4,000 Somali nationals present in the United States who are under a

final order of removal. If there are any among those aliens who do not wish to be repatriated, it would appear they have an interest in the failure of ICE's efforts to resume repatriations to Somalia.

7) Jama will be removed to Puntland, Somalia in the near future. ICE does not intend to publicly reveal a specific itinerary, to include destination city or time frame, to avoid jeopardizing the success of the future removal effort.

8) In summary, ICE has an important and substantial interest in safeguarding information regarding the details of Jama's removal. Preventing disclosure protects law enforcement interests and the safety of those involved in the removal plan as well as of the public. Dissemination of this information would also result in substantial harm to the ICE Detention and Removal Operations program.

I declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury. Executed in Washington, D.C. on the 6th day of May, 2005.

Leonard Kovensky
Acting Assistant Director for Operations
Office of Detention and Removal Operations