UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1172 JRT/AJB

| | | |
|---|---|---|
| KEYSE JAMA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | OF MOTION DOCUMENTS |
| v. | ) | |
| | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on July 6, 2005, I caused the following documents:

Respondent's Opposition to Petitioner's Motion to Compel Production of Evidence; Exhibits 1-2; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Kevin M. Magnuson | kmagnuson@briggs.com |
| Jeffery John Keyes | jkeyes@briggs.com |
| Michele Garnett McKenzie | mckenzie@mnadvocates.org |

Dated: July 5, 2005

s/Tina M. Knoll
Tina M. Knoll