**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585)

Petitioner,

vs.

IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Respondents.

**CERTIFICATE OF SERVICE**

**Civil No. 01-1172 (JRT/AJB)**

---

I hereby certify that on Thursday, July 7, 2005, I caused the following document(s):

> Petitioner's Response to Respondent's Motion to Vacate Injunction and Dismiss Habeas Petition and Reply to Respondent's Opposition to Motion to Compel Production of Evidence

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Lonnie F Bryan**
  lonnie.bryan@usdoj.gov tina.knoll@usdoj.gov;usamnecf.civil@usdoj.gov
- **Greg D. Mack**
  greg.mack@usdoj.gov
- **Jeffrey John Keyes**
  jkeyes@briggs.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com
- **Michele Garnett McKenzie**
  mckenzie@mnadvocates.org

Dated: July 7, 2005

s/ Jeffrey J. Keyes
Jeffrey J. Keyes (#55505)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8540