**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMA, Keyse G. (A71 689 585),

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO VACATE INJUNCTION AND DISMISS HABEAS PETITION AND REPLY TO RESPONDENT'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF EVIDENCE**

Civil No. 01-1172 (JRT/AJB)

---

I, Jeffrey J. Keyes, certify that Petitioner's Response to Respondent's Motion to Vacate Injunction and Dismiss Habeas Petition and Reply TO Respondent's Opposition to Motion to Compel Production of Evidence complies with Local Rule 7.1(c).

I further certify that, in preparation of his response, I used Microsoft Word 2002, Version SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced response contains **3,044** words.

Dated: July 7, 2005

s/ Jeffrey J. Keyes

Jeffrey J. Keyes (#55505)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Fax: (612) 977-8650

**ATTORNEY FOR PETITIONER KEYSE G. JAMA**