**No. 01-1172**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

# CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(c), Respondent hereby certifies that the combined word count for Respondent's Motion To Vacate And Respondent's Reply To Petitioner's Opposition To Respondent's Motion To Vacate is 4, 572 words, and thus does not exceed the word count limit of 12,000 words. The name of the word processing used to calculate the word count is WordPerfect 12.

**s/Greg D. Mack**
GREG D. MACK
Senior Litigation Counsel
U.S. Department of Justice
Civil Division