**BRIGGS AND MORGAN**

PROFESSIONAL ASSOCIATION

2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 977-8400
FACSIMILE (612) 977-8650

WRITER'S DIRECT DIAL
(612) 977-8438

WRITER'S E-MAIL
kmagnuson@briggs.com

July 12, 2005

The Honorable John R. Tunheim
U.S. District Court Judge
202 US Courthouse
300 South Fourth Street
Minneapolis MN 55415

**Re: Jama vs. ICE**
**Case No. 01-1172**

Dear Judge Tunheim:

Petitioner Keyse Jama respectfully submits new information supporting its motion to compel evidence in this case. Attached please find a report which aired yesterday, July 11, 2005 on *All Things Considered* entitled: "Mixed Messages on Somalia Accepting Jama" by Elizabeth Stawicki, Minnesota Public Radio:

http://news.minnesota.publicradio.org/features/2005/07/11_stawickie_notojama/

The report includes an interview with Dahir Jibreel, the Cabinet Chief for the President of the Somali interim government. Jabril stated that the United States government has not contacted the national government of Somalia about deporting Jama to any part of Somalia. He further stated that even if the United States had received written acceptance from an official in a regional government, the United States has an obligation to negotiate such deportation with the transitional national government of Somalia. At a minimum, these statements indicate that the representation that RMI Security has obtained written acceptance of Jama's return from the President of Puntland may not be accurate or that whatever acceptance RMI may have obtained is no longer valid the national government's involvement.

The risk continues to be that the government's representations are more fiction than fact offered to justify its ongoing detention of Mr. Jama. The government has already shown that it is willing to attempt extremely risky deportations with a high chance of failure in order not to release Mr. Jama. Without clear evidence that the deportation will occur as the government represents that it will, the risk is very high that Mr. Jama may be taken to a site in Somalia where parties there dispute his right to remain. The risk to Jama and to the other personnel involved in the removal are extreme. Thus, petitioner respectfully submits this additional evidence in support of its motion to compel the government to produce the purported letter of acceptance from the President of Puntland and to describe in detail the planned removal operation.



SAINT PAUL OFFICE ▪ FIRST NATIONAL BANK BUILDING ▪ WWW.BRIGGS.COM
MEMBER – LEX MUNDI, A GLOBAL ASSOCIATION OF INDEPENDENT LAW FIRMS

Yours very truly,

s/ Kevin M. Magnuson

KMM/krw
Enc.
cc: Greg Mack (w/enc.) VIA ECF
Lonnie Bryan (w/enc.) VIA ECF
Michele Garnett McKenzie (w/enc.) VIA ECF