## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| KEYSE G. JAMA, | Civil No. 01-1172 (JRT/AJB) |
| Petitioner, | |
| v. | **ORDER** |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Respondent. | |

Jeffrey J. Keyes and Kevin M. Magnuson, **BRIGGS AND MORGAN**, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN, 55402, for petitioner.

Greg D. Mack, Office of Immigration Litigation, **UNITED STATES DEPARTMENT OF JUSTICE**, Civil Division, 1331 Pennsylvania Avenue, NW, Room 700S, Washington, D.C., 20530; Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondent.

In a declaration submitted to the Eighth Circuit Court of Appeals, the government stated that the President of the self-proclaimed autonomous region of Puntland had "recently approved Jama's repatriation in writing and has assured his acceptance upon arrival." Jama moved the Court for an order compelling production of this written statement in connection with his habeas corpus petition alleging indefinite detention in violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001). In order to permit the Court to accurately determine the relevance of the statement to Jama's petition, as well as to

- 2 -

protect the integrity of the government's removal operations, the Court hereby orders respondent to submit to the Court for in camera review a copy of the statement approving petitioner's repatriation and assuring his acceptance upon arrival in Puntland by Wednesday, July 13, 2005 at no later than 5:00 p.m. CDT.


DATED:   July 12, 2005                                   s/ John R. Tunheim
Minneapolis, Minnesota.                               JOHN R. TUNHEIM
                                                              United States District Judge