**No. 01-1172**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

**RESPONDENT'S RESPONSE TO THE COURT'S ORDER REGARDING IN CAMERA, EX PARTE SUBMISSION OF THE STATEMENT FROM THE PRESIDENT OF PUNTLAND**

Pursuant to the Court's July 12, 2005 order, Respondent respectfully submits for in camera, ex parte consideration by the Court the written statement of the President of Puntland regarding Petitioner Keyse Jama's repatriation to Puntland. See Exhibit 1.

As the government has previously noted, the statement is submitted under seal to the Court in order to avoid the disruption of Respondent's removal operations and to protect the integrity of the removal process. See Clark and Kovensky (May 6, 2005) Declarations, already submitted to the Court. Therefore,

Respondent respectfully continues to oppose Petitioner's motion to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Greg D. Mack
GREG D. MACK
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(Tel.) (202) 616-4858
(Fax) (202) 616-9366

July 13, 2005