1928865

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED

JUL 15 2005

MICHAEL GANS
CLERK OF COURT

No. 05-2378

| | | |
|---|---|---|
| Keyse G. Jama, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota |
| Alberto Gonzales, | * | |
| | * | 01CV1172 JRT |
| Appellant. | * | |

ORDER

The order staying the order of release entered by the district court in this case is vacated. A briefing schedule in this appeal will issue shortly.

RECEIVED
JUL 18 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

July 15, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
AUG 12 2005
U.S. DISTRICT COURT ST. PAUL

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 15, 2005

RECEIVED

JUL 18 2005

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Mr. Greg D. Mack
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Re: 05-2378 Keyse G. Jama vs. Alberto Gonzales

Dear Mr. Mack:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Keyse G. Jama
Jeffrey John Keyes
Kevin M. Magnuson
Michele Garnett McKenzie
Lonnie F. Bryan, Asst. U.S. Attorney
David J. Kline
Christine A. Bither
Terri J. Scadron
Jill Garrison
Kristine Mousseau, Court Reporter
Karen Grufman, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:01-cv-01172-JRT