# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL

SEP 26 2005

CLERK US DIST COURT
MINNEAPOLIS MN

No. 05-2378

| | | |
|---|---|---|
| Keyse G. Jama, | * | |
| Appellee, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Bureau of Immigration and Customs Enforcement, | * | |
| Appellant. | * | |

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

Mandate shall issue forthwith.

(5361-010199)

September 23, 2005

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
SEP 26 2005
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 23, 2005

RECEIVED
BY MAIL

SEP 26 2005

CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Greg D. Mack
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Re: 05-2378 Keyse G. Jama vs. BICE

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Keyse G. Jama
Jeffrey John Keyes
Kevin M. Magnuson
Michele Garnett McKenzie
Lonnie F. Bryan, Asst. U.S. Attorney
David J. Kline
Christine A. Bither
Terri J. Scadron
Greg D. Mack
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:01-cv-01172-JRT