**No. 01-1172**

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**KEYSE JAMA,**

**Petitioner,**

**v.**

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondent.**

---

# RESPONDENT'S MOTION TO DISMISS WITH PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS

---

Respondent, Alberto R. Gonzales, Attorney General, through undersigned counsel, respectfully moves the Court to vacate the current injunction and dismiss with prejudice this petition for a writ of habeas corpus because Petitioner Keyse Jama failed to report to the U.S. Immigration and Customs Enforcement ("ICE"), as required by his Order of Supervision, and ICE has reason to believe that Petitioner

is in Canada.

Dated this ___10___ day of July 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Lonnie F. Bryan for
GREG D. MACK
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(Tel.) (202) 616-4858
(Fax) (202) 616-9366
Greg.Mack@usdoj.gov