UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

| | | |
|---|---|---|
| KEYSE JAMA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **EXHIBITS A-D** |
| v. | ) | |
| | ) | RESPONDENT'S MEMORANDUM |
| IMMIGRATION AND CUSTOMS | ) | IN SUPPORT OF MOTION TO |
| ENFORCEMENT, | ) | DISMISS WITH PREJUDICE |
| | ) | |
| Respondent. | ) | |

Exhibit A - Order on Motion for Release dated July 15, 2005

Exhibit B - Order of Supervision dated July 16, 2005

Exhibit C - Declaration of Scott Baniecke dated June 30, 2006

Exhibit D - Minnesota Public Radio story dated June 23, 2006

Dated: 7-10-06

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Lonnie F. Bryan for
GREG D. MACK
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(Tel.) (202) 616-4858
(Fax) (202) 616-9366