# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

KEYSE G. JAMA,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Civil No. 01-1172 (JRT/AJB)

**ORDER ON MOTION FOR RELEASE**

Jeffrey J. Keyes and Kevin M. Magnuson, **BRIGGS AND MORGAN**, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN, 55402 and Michele Garnett McKenzie, **MINNESOTA ADVOCATES FOR HUMAN RIGHTS**, 650 Third Avenue South, Suite 550, Minneapolis, MN 55402, for petitioner.

Greg D. Mack, Office of Immigration Litigation, **UNITED STATES DEPARTMENT OF JUSTICE**, Civil Division, 1331 Pennsylvania Avenue, NW, Room 700S, Washington, D.C., 20530; Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondents.

The United States Court of Appeals for the Eighth Circuit issued an order lifting the stay of this Court's May 20, 2005 Order releasing petitioner Keyse Jama. Based on the Order of the Eighth Circuit, this Court's previous Order, and the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Release is **GRANTED**.

**IT IS FURTHER ORDERED** that:

2. Petitioner be released subject to reasonable conditions of supervision no later than 2:00 P.M. CDT on Saturday, July 16, 2005.

DATED: July 15, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge