# EXHIBIT B

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Order of Supervision

File No: A71 689 585
Date: 7/16/05

Name: Keyse JAMA

On March 1, 2005, you were ordered:
(Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside Minnesota (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person the first working day of each week Beginning July 18th, 2005 to this Service office at: 0900 AM Detention and Removals 2901 Metro Drive, Suite 100 Bloomington, MN 55425 unless you are granted written permission to report on another date. 952-853-2630

☒ That you assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: Obtain work authorization prior to gaining employment.

☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

[signature]
Scott K. Baniecke, Field Office Director
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the English language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

[signature] (Signature of INS official serving order)

[signature] (Signature of alien)

7/16/05
Date

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Order of Supervision

File No: A71 689 585
Date: 7/16/05

Name: Keyse JAMA

On March 1, 2005, you were ordered:
(Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside Minnesota for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.
(Specify geographic limits, if any)

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person the first working day of each week Beginning July 18th, 2005 to this Service office at: 0900 AM Detention and Removals 2901 Metro Drive, Suite 100 Bloomington, MN 55425 unless you are granted written permission to report on another date. 952-853-2630

☒ That you assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: Obtain work authorization prior to gaining employment.

☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

[signature]
Scott K. Baniecke, Field Office Director
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the English language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

[signature] (Signature of INS official serving order)

[signature] (Signature of alien)

7/16/05 Date

**U.S. Department of Homeland Security**
Immigration and Naturalization Service

Continuation Page for Form: **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| Keyse JAMA | A71 689 585 | 7/16/05 |

[signature]

*Alien's Signature*



C/O dhofa Jama Muse
6234 Countly Place woodbery
MN 55125

**Alien's Address**

651 731 0430

Alien's Telephone Number (if any)

**RIGHT INDEX PRINT**



PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 7/18/2005 | DOS | Reported per OSUP Next Date |

Signature [signature]

Title
**Deportation Officer** IDFOD

**U.S. Department of Homeland Security**
Immigration and Naturalization Service

Continuation Page for Form: **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| Keyse JAMA | A71 689 585 | 7/16/05 |

*Alien's Signature*



**Alien's Address**

C/O dhofa Jama Muse
6234 Countly Place woodbery
MN 55125

651 731 0430

Alien's Telephone Number (if any)

**RIGHT INDEX PRINT**



PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 7/18/2005 | DOS | Reported per OSUP Next Date |

Signature

Title
**Deportation Officer** IDFOD

U.S. Department of Homeland Security
Immigration and Customs Enforcement

## Order of Supervision-Addendum

File No: A71 689 585

[redacted]

Date: 07/16/05

Name: Keyse JAMA

☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Supervision.

X That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officers name, address, telephone number, and reporting requirements.

☒ That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will may result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

☒ Other: Report weekly via the Telephone Reporting System (TRS).

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Order of Supervision-Addendum

File No: A71 689 585

[redacted]

Date: 07/16/05

Name: Keyse JAMA

☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Supervision.

X That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officers name, address, telephone number, and reporting requirements.

☒ That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will may result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

☒ Other: Report weekly via the Telephone Reporting System (TRS).

# TELEPHONIC REPORTING INFORMATION and AGREEMENT

Date: 7/18/05
To: KEYSE JAMA

As an enrollee in the Immigration and Customs Enforcement (ICE) Office of Detention & Removals (DRO) Voice Reporting program, you are required to report into the automated monitoring system EVERY FRIDAY.

The day you are required to report in appears on this information sheet. You are required to call into the system from phone number 651-731-0430, unless pre-authorized by your DHS officer. Failure to report at the pre-determined time or call from an unapproved phone number could result in a sanction determined by your officer.

## TELEPHONIC REPORTING PROCEDURES

The MSR system is an automated telephone reporting system. You are

1. required to call the system EVERY FRIDAY.
2. Call the MSR System at 1-800-838-7002
3. The system will ask you for your Department ID number. Enter your Department ID Number: 76#
4. Press 1 for enrollee.
5. Enter your Enrollee ID number (A number): 71689585 #.
6. The system will ask you to respond to a series of questions: press 1 for yes or 2 for no.
7. If you respond with a 1, the system will ask you for your new information. Speak clearly your new information into the telephone handset.
8. After speaking your new information, press the # sign on your telephone.
9. The system will then proceed to the next question.
10. Once the system completes the questions, the system may make an announcement.
11. After completion of any announcement, you may hang up the phone.

## TELEPHONIC REPORTING AGREEMENT

1. I agree not to have the call block feature on the line that I will be using during my voice reporting program.
2. I agree to report any phone problems (outages) to my DHS officer as soon as they are known.
3. I agree to keep a working telephone number during the entire term of the voice-reporting program.
4. I understand and agree that all telephone calls from the monitoring center to my residence will be tape-recorded by the monitoring center contractor.

I acknowledge that I have read (or have had read to me) these instructions, and understand them.

[signature] [signature] 7/18/2005

Participant Signature / Date DHS Officer / Date

# TELEPHONIC REPORTING INFORMATION and AGREEMENT

**Date:** 7/18/05
**To:** KEYSE JAMA

As an enrollee in the Immigration and Customs Enforcement (ICE) Office of Detention & Removals (DRO) Voice Reporting program, you are required to report into the automated monitoring system EVERY FRIDAY.

The day you are required to report in appears on this information sheet. You are required to call into the system from phone number 651-731-0430, unless pre-authorized by your DHS officer. Failure to report at the pre-determined time or call from an unapproved phone number could result in a sanction determined by your officer.

## TELEPHONIC REPORTING PROCEDURES

The MSR system is an automated telephone reporting system. You are

1. required to call the system EVERY FRIDAY.
2. Call the MSR System at 1-800-838-7002
3. The system will ask you for your Department ID number. Enter your Department ID Number: **76#**
4. Press 1 for enrollee.
5. Enter your Enrollee ID number (A number): 71689585 #.
6. The system will ask you to respond to a series of questions: press 1 for yes or 2 for no.
7. If you respond with a 1, the system will ask you for your new information. Speak clearly your new information into the telephone handset.
8. After speaking your new information, press the # sign on your telephone.
9. The system will then proceed to the next question.
10. Once the system completes the questions, the system may make an announcement.
11. After completion of any announcement, you may hang up the phone.

## TELEPHONIC REPORTING AGREEMENT

1. I agree not to have the call block feature on the line that I will be using during my voice reporting program.
2. I agree to report any phone problems (outages) to my DHS officer as soon as they are known.
3. I agree to keep a working telephone number during the entire term of the voice-reporting program.
4. I understand and agree that all telephone calls from the monitoring center to my residence will be tape-recorded by the monitoring center contractor.

I acknowledge that I have read (or have had read to me) these instructions, and understand them.

[signature] Participant Signature / Date

[signature] 7/18/2005 DHS Officer / Date