# EXHIBIT C

U.S. District Court for the District of Minnesota
Civil No. 01-1172 JRT/AJB

Keyse G. Jama,
Petitioner,

v.

Immigration and Customs Enforcement,
Respondent.

I, Scott Baniecke, hereby declare that:

1) I am the Field Office Director for the U.S. Immigration and Customs Enforcement (ICE) Office of Detention and Removal St. Paul Field Office (SPM), within the Office of Detention and Removal (DRO), Department of Homeland Security (DHS). The SPM is located at 2901 Metro Drive, Suite 100, Bloomington, Minnesota, 55425.

2) I have been employed by ICE, formerly the Immigration and Naturalization Service (INS), since 1989. I began my INS career as a Border Patrol Agent. I was later promoted to the position of Immigration Inspector. In 1995 I was promoted to Deportation Officer. In June 2001 I was promoted to the position of Assistant District Director for Detention and Removal. In June 2003 I became the Field Office Director, my current position. As the Field Office Director I have operational authority for the five states of Minnesota, North Dakota, South Dakota, Iowa and Nebraska.

3) As the Field Office Director I am responsible for the oversight of all operations at the SPM. My duties include oversight of all custody related issues for aliens under final orders of removal.

4) Keyse Jama was released from detention under an Order of Supervision on July 16, 2005.

5) The conditions in the Order of Supervision included the requirement that Mr. Jama report in person, the first working day of each week beginning July 18, 2005, to the SPM, unless he is granted written permission to report on another date. The Order of Supervision also specified that Mr. Jama is not to travel outside of Minnesota for more than 48 hours without first notifying the SPM.

6) Mr. Jama reported to the SPM weekly until December 22, 2005. Since that date Mr. Jama has failed to report as required and the SPM has received no further communication from him.

7) On February 1, 2006 a G-56 call-in letter was sent to Mr. Jama's last known address. Mr. Jama has failed to respond to the letter.

8) DHS now believes Mr. Jama to be in Canada based on local media reports.

I declare under penalty of perjury that the foregoing is true and correct. Dated June 30, 2006.

Scott R. Baniecke

Scott Baniecke
Field Office Director
Detention & Removal
Immigration and Customs Enforcement

**U.S. Department of Justice**

Immigration and Naturalization Service

File Number: A71 689 585

Date: February 1, 2006

Keyse Jama
6234 Courtly Place
Woodbury, MN 55125

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| Office Location | 2901 Metro Drive, Suite 100<br>Bloomington, MN 55425 |
| Date & Hour | February 21, 2006 at 9:00 a.m. |
| Ask For | Any Deportation Officer |
| Reason for Appointment | Discuss the status of your case. |
| Bring with you. | This call-in letter |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

| | |
|---|---|
| I am unable to keep this appointment because: | |
| Signature | Date |

Sincerely,

Scott R. Baniecke
Field Office Director

Form G-56
(Rev. 5-1-83) Y