# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| KEYSE JAMA,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | ) | CIVIL NO. 01-1172 JRT/AJB |

I hereby certify that on July 10, 2006, I caused the following documents:

Respondent's Motion to Dismiss with Prejudice the Petition for a Writ of Habeas Corpus; Respondent's Memorandum in Support of Motion to Dismiss with Prejudice the Petition for a Writ of Habeas Corpus; Certificate of Compliance; Exhibit List; Exhibits A-D; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kevin M. Magnuson
kmagnuson@briggs.com

Jeffrey John Keyes
jkeyes@briggs.com

Michele Garnett McKenzie
mckenzie@mnadvocates.org

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

tunheim_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

Kevin M. Magnuson
kmagnuson@briggs.com

Jeffrey John Keyes
jkeyes@briggs.com

Michele Garnett McKenzie
mckenzie@mnadvocates.org

Dated: July 10, 2006

s/Tina M. Knoll
Tina M. Knoll