**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KEYSE JAMA,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Court File No. 01-1172

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PETITIONER'S REPLY MEMORANDUM REGARDING RESPONDENT'S MOTION TO DISMISS WITH PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS**

I, Jeffrey J. Keyes, certify that the Petitioner's Reply Memorandum Regarding Respondent's Motion to Dismiss With Prejudice the Petition for a Writ of Habeas Corpus complies with Local Rule 7.1(c).

I further certify that, in preparation of this reply memorandum, I used Microsoft Word 2003, Version SP2, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandums have a total of 1,127 cumulative words.

**BRIGGS AND MORGAN, P.A.**

Dated: July 20, 2006

By s/Jeffrey J. Keyes
Jeffrey J. Keyes (# 55505)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8540
Facsimile: (612) 977-8650

**Attorney for Petitioner**