**AFFIDAVIT IN THE MATTER OF KEYSE GULEED JAMA**
**CLIENT ID: 5632-9807**

1. My name is DAVID P. YERZY Barrister and Solicitor licensed to practice in the province of Ontario. My office is located at 14 Prince Arthur Avenue 108 Toronto, Ontario M5R-1A9 Tel: 416-972-6957

2. I am counsel for Keyse Guleed Jama in respect of his claim to be a Convention Refugee and a Person in Need of Protection in Canada.

3. Mr. Jama's claim for Refugee Status was officially referred to the Immigration and Refugee Board on March 9, 2006. Attached hereto as exhibit "A" is a copy of the referral.

4. Mr. Jama has complied with all requirements asked of him by Canada Immigration. He has submitted the details of his claim to the Refugee Board. He is currently waiting for the Refugee Board to set a Hearing date.

5. Mr. Jama did advise the Canadian authorities at the time of his claim that he had come from the USA and that he had filed an asylum claim in the USA. He provided details of his criminal record and copies of his asylum application and the various orders made concerning his removal and continued detention. I also provided them with various newspaper articles describing his experiences including the failed attempt to remove him to Somalia in 2005.

6. I have been practicing Immigration Law in Canada for 15 years. It is the normal practice of Canada Immigration to contact the INS when persons arrive from the USA to determine if they have any outstanding warrants. It has been the experience of many of my clients that Canada Immigration also has access to a computer database containing details of persons detained by the INS in the USA including details as to where and when they were detained.

7. I make this affidavit for the purpose of providing information concerning the status of Keyse Jama in Canada and for no other or improper purpose.

Sworn before me in the
City of Toronto in the Province
Of Ontario this 13
Day of July 2006

A Commissioner

DAVID P. YERZY

