Citizenship and Immigration Canada — Citoyenneté et Immigration Canada

PROTECTED WHEN COMPLETED - B
PROTÉGÉ UNE FOIS REMPLI

Headquarters use only - Réservé à l'administration centrale

BB095 827 303

# REFUGEE PROTECTION CLAIMANT DOCUMENT

DOCUMENT NO.: D001667779

THIS IS TO CERTIFY THAT THE PERSON HEREIN IS A REFUGEE PROTECTION CLAIMANT WITHIN THE MEANING OF THE IMMIGRATION AND REFUGEE PROTECTION ACT.

JAMA , KEYSE OULEED

01 JAN 1979 MALE

SOMALIA SOMALIA

PURSUANT TO SUBSECTION 100.(1) OF THE IMMIGRATION AND REFUGEE PROTECTION ACT, THE REFUGEE PROTECTION CLAIM HAS BEEN DETERMINED TO BE ELIGIBLE FOR DECISION BY THE REFUGEE PROTECTION DIVISION.

391056329807 5632 - 9807

15 FEB 2006 15 FEB 2011

CONSEQUENTLY, PURSUANT TO SUBSECTION 100.(3), THE REFUGEE PROTECTION CLAIM IS REFERRED TO THE REFUGEE PROTECTION DIVISION OF THE IMMIGRATION AND REFUGEE BOARD.

THE ABOVE-NAMED QUALIFIES FOR THE INTERIM FEDERAL HEALTH (IFH) PROGRAM UNTIL 14 FEB 2007. CIC MAY CANCEL ELIGIBILITY SHOULD HIS/HER IMMIGRATION OR FINANCIAL STATUS CHANGE (HEALTH CARE PROVIDERS: VERIFY ELIGIBILITY WITH IFH ADMINISTRATION).

I, THE UNDERSIGNED, DECLARE THAT I REQUIRE ASSISTANCE FOR HEALTH CARE. I WILL NOTIFY CIC IMMEDIATELY OF ANY CHANGES TO MY IMMIGRATION OR FINANCIAL STATUS, OR IF I QUALIFY FOR OTHER HEALTH INSURANCE.

I HEREBY CONSENT TO THE SHARING OF LIMITED MEDICAL AND PERSONAL INFORMATION CONCERNING MY PERSON WITH APPROPRIATE THIRD PARTIES TO THE EXTENT THAT SUCH SHARING IS REQUIRED FOR THE ADMINISTRATION OF THE IFH PROGRAM AND FOR NO OTHER PURPOSE.

SCHOOL AGE CHILDREN DO NOT NEED STUDENT AUTHORIZATION TO ATTEND PRIMARY OR SECONDARY SCHOOLS

NOT VALID FOR TRAVEL

NAME, RELATIONSHIP AND SIGNATURE OF ACCOMPANYING ADULT

x Keyse Jama

SIGNATURE OF PERSON CONCERNED

MONEY IN POSSESSION

MINISTER

Immigration Canada
09 MR 2006

This is Exhibit A referred to in the affidavit of David Yerzy sworn before me, this 13 day of July 2006

A COMMISSIONER FOR TAKING AFFIDAVITS



THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION - THIS DOCUMENT IS THE PROPERTY OF THE GOVERNMENT OF CANADA
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION - LE PRÉSENT DOCUMENT EST LA PROPRIÉTÉ DU GOUVERNEMENT DU CANADA

IMM 1442 (06-2002) B
GENERIC - GÉNÉRIQUE

Canada

PART / PARTIE - 3