# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

KEYSE JAMA, Court File No. 01-1172

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT

Respondent.

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I caused the following document(s):

1. Petitioner's Reply Memorandum Regarding Respondent's Motion to Dismiss With Prejudice the Petition for a Writ of Habeas Corpus; and

2. Affidavit of David Yerzy;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Lonnie F Bryan**
  lonnie.bryan@usdoj.gov muriel.holland@usdoj.gov;usamn.ecfcivil@usdoj.gov
- **Jeffrey J Keyes**
  jkeyes@briggs.com jphipps@briggs.com
- **Greg D Mack**
  greg.mack@usdoj.gov
- **Kevin M Magnuson**
  kmmagnuson@rkmc.com skmarcks@rkmc.com
- **Michele Garnett McKenzie**
  mckenzie@mnadvocates.org.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be served as follows:

Dated: July 20, 2006

s/Jeffrey J. Keyes
Jeffrey J. Keyes (#55505)
BRIGGS AND MORGAN, P.A.
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8540