UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1172 JRT/AJB

| | | |
|---|---|---|
| KEYSE JAMA, | ) | |
| | ) | |
| Petitioner, | ) | **CERTIFICATE OF** |
| | ) | **COMPLIANCE** |
| v. | ) | |
| | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| | ) | |
| Respondent. | ) | |

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). The memorandum has 1033 words of type, font size 13. The memorandum was prepared using WordPerfect 12, which includes all text, including headings, footnotes and quotations in the word count.

Dated: August 1, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principal Deputy Director

s/Lonnie F. Bryan for
GREG D. MACK
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(Tel.) (202) 616-4858
(Fax) (202) 616-9366