# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| KEYSE JAMA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL NO. 01-1172 JRT/AJB |
| v. | ) | |
| | ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

I hereby certify that on August 1, 2006, I caused the following documents:

Respondent's Response to Petitioner's Reply to Respondent's Motion to Dismiss with Prejudice the Petition for a Writ of Habeas Corpus; Certificate of Compliance; Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kevin M. Magnuson
kmagnuson@briggs.com

Jeffrey John Keyes
jkeyes@briggs.com

Michele Garnett McKenzie
mckenzie@mnadvocates.org

Dated: August 1, 2006

s/Tina M. Knoll
Tina M. Knoll