UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KEYSE E. JAMA,<br><br>Petitioner,<br><br>V.<br><br>JOHN ASHCROFT, ET AL.,<br><br>Respondent. | CIVIL NO. 01-1172 JRT/AJB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO: DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Kevin M. Magnuson, formerly of the law firm of Briggs and Morgan P.A., withdraws as counsel of record.

Dated: October 23, 2007

s/Kevin M. Magnuson
Kevin M. Magnuson (#306599)
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500