UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KEYSE E. JAMA,<br><br>Petitioner,<br><br>V.<br><br>JOHN ASHCROFT, ET AL.,<br><br>Respondent. | CIVIL NO. 01-1172 JRT/AJB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

I hereby certify that on October 23, 2007, I caused the following document:

Notice of Withdrawal of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jeffrey John Keyes | Michele Garnett McKenzie |
| jkeyes@briggs.com | mckenzie@mnadvocates.org |

Dated: October 23, 2007

s/Kevin M. Magnuson
Kevin M. Magnuson (#306599)
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500